B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Multiut Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3503729** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**7520 N. Skokie Blvd.**<br>**Skokie, IL**     ZIP Code **60077** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Multiut Corporation** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)     (Date)</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>         _____<br>         (Name of landlord that obtained judgment)<br><br><br><br>         _____<br>         (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)                                                                                                     Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Multiut Corporation**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ SCOTT R. CLAR**
   Signature of Attorney for Debtor(s)

   **SCOTT R. CLAR  06183741**
   Printed Name of Attorney for Debtor(s)

   **Crane, Heyman, Simon, Welch & Clar**
   Firm Name

   **Suite 3705**
   **135 South LaSalle Street**
   **Chicago, IL 60603-4297**

   Address

   **312-641-6777  Fax: 312-641-7114**
   Telephone Number

   **May 14, 2009**
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Nachshon Draiman**
   Signature of Authorized Individual

   **Nachshon Draiman**
   Printed Name of Authorized Individual

   **President**
   Title of Authorized Individual

   **May 14, 2009**
   Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Multiut Corporation** _____  Case No. _____
                                          Debtor(s)          Chapter      **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Alan J. Mandel, Ltd.**<br>**7520 N. Skokie Blvd.**<br>**Skokie, IL 60076** | **Alan J. Mandel, Ltd.**<br>**7520 N. Skokie Blvd.**<br>**Skokie, IL 60076** | **Legal Fees** | **Subject to Setoff** | **100,000.00** |
| **AT&T/MU**<br>**PO Box 8100**<br>**Aurora, IL 60507-8100** | **AT&T/MU**<br>**PO Box 8100**<br>**Aurora, IL 60507-8100** | | | **465.07** |
| **Chicago Community Kollel**<br>**6506 N. California Ave.**<br>**Chicago, IL 60645** | **Chicago Community Kollel**<br>**6506 N. California Ave.**<br>**Chicago, IL 60645** | | | **5,000.00** |
| **ComEd**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | **ComEd**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | | | **600.00** |
| **Dun & Bradstreet**<br>**PO Box 75434**<br>**Chicago, IL 60675-5434** | **Dun & Bradstreet**<br>**PO Box 75434**<br>**Chicago, IL 60675-5434** | | | **1,484.00** |
| **Dynegy Marketing and Trade**<br>**1000 Louisiana Street, #5800**<br>**Houston, TX 77002** | **Dynegy Marketing and Trade**<br>**1000 Louisiana Street, #5800**<br>**Houston, TX 77002** | | **Disputed** | **15,348,248.72** |
| **Future Associates as Agent for**<br>**Multiut/Unicare Health**<br>**7520 N. Skokie Blvd.**<br>**Skokie, IL 60076** | **Future Associates as Agent for**<br>**Multiut/Unicare Health**<br>**7520 N. Skokie Blvd.**<br>**Skokie, IL 60076** | **April to December**<br>**$6,749.73 monthly** | | **60,747.57** |
| **Future Associates as Agent for**<br>**Multiut/Human CompBenefits**<br>**7520 N. Skokie Blvd.**<br>**Skokie, IL 60076** | **Future Associates as Agent for**<br>**Multiut/Human CompBenefits**<br>**7520 N. Skokie Blvd.**<br>**Skokie, IL 60076** | **April to December**<br>**$934.32 monthly** | | **8,534.88** |
| **Greenberg Traurig**<br>**77 W. Wacker Dr., #2500**<br>**Chicago, IL 60601** | **Greenberg Traurig**<br>**77 W. Wacker Dr., #2500**<br>**Chicago, IL 60601** | **Legal Fees** | **Subject to Setoff** | **800,000.00** |
| **Hebrew Theological College**<br>**7135 N. Carpenter Road**<br>**Skokie, IL 60077** | **Hebrew Theological College**<br>**7135 N. Carpenter Road**<br>**Skokie, IL 60077** | | | **4,000.00** |
| **Jack Gore**<br>**1118 N. State St.**<br>**Chicago, IL 60610** | **Jack Gore**<br>**1118 N. State St.**<br>**Chicago, IL 60610** | | **Disputed** | **10,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Multiut Corporation**                                                              Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Jewish United Fund of Metro Chicago**<br>**Ben Gurion Way**<br>**30 S. LaSalle St.**<br>**Chicago, IL 60605-5056** | **Jewish United Fund of Metro Chicago**<br>**Ben Gurion Way**<br>**30 S. LaSalle St.**<br>**Chicago, IL 60605-5056** | | | **4,000.00** |
| **Leland J. Cohn**<br>**7519 N. Lowell**<br>**Skokie, IL 60076-3831** | **Leland J. Cohn**<br>**7519 N. Lowell**<br>**Skokie, IL 60076-3831** | | | **1,500.00** |
| **Mesivtha Tifereth Jerusalem of Amer**<br>**145 E. Broadway**<br>**New York, NY 10002** | **Mesivtha Tifereth Jerusalem of Amer**<br>**145 E. Broadway**<br>**New York, NY 10002** | | | **12,750.00** |
| **Quill Corporation**<br>**PO Box 37600**<br>**Philadelphia, PA 19101-0600** | **Quill Corporation**<br>**PO Box 37600**<br>**Philadelphia, PA 19101-0600** | | | **595.02** |
| **Richard Balough**<br>**53 W. Jackson Blvd., #936**<br>**Chicago, IL 60604** | **Richard Balough**<br>**53 W. Jackson Blvd., #936**<br>**Chicago, IL 60604** | | | **875.69** |
| **Shefsky & Froelich**<br>**111 E. Wacker Dr., #2800**<br>**Chicago, IL 60601** | **Shefsky & Froelich**<br>**111 E. Wacker Dr., #2800**<br>**Chicago, IL 60601** | Legal Fees | | **30,000.00** |
| **The Hartford/Business**<br>**PO Box 2907**<br>**Hartford, CT 06104-8730** | **The Hartford/Business**<br>**PO Box 2907**<br>**Hartford, CT 06104-8730** | | | **249.66** |
| **United Parcel Service**<br>**Lockbox 577**<br>**Carol Stream, IL 60132-0577** | **United Parcel Service**<br>**Lockbox 577**<br>**Carol Stream, IL 60132-0577** | | | **175.00** |
| **YisraeLink**<br>**3845 Oakton St.**<br>**Skokie, IL 60076** | **YisraeLink**<br>**3845 Oakton St.**<br>**Skokie, IL 60076** | | | **900.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 14, 2009**                          Signature  **/s/ Nachshon Draiman**

**Nachshon Draiman**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Alan J. Mandel, etc.
7520 N. Skokie Blvd.
Skokie, IL 60076

.

AT&T /Comph
PO Box 8100
Aurora, IL 60507-8100

AT&T/MU
PO Box 8100
Aurora, IL 60507-8100

Barry Hyman
Schiff Hardin & Waite
233 S. Wacker Dr., #6600
Chicago, IL 60606

Chicago Community Kollel
6506 N. California Ave.
Chicago, IL 60645

ComEd
Bill Payment Center
Chicago, IL 60668-0001

Department of Treasury
Internal Revenue Service
Cincinnati, OH 45999-0205

Dun & Bradstreet
PO Box 75434
Chicago, IL 60675-5434

Dynegy Marketing and Trade
1000 Louisiana Street, #5800
Houston, TX 77002

Future Associates as Agent for
    Multiut/Unicare Health
7520 N. Skokie Blvd.
Skokie, IL 60076

Future Associates as Agent for
    Multiut/Human Components
7520 N. Skokie Blvd.
Skokie, IL 60076

Greenberg Traurig
77 W. Wacker Dr., #2500
Chicago, IL 60601

Hebrew Theological College
7135 N. Carpenter Road
Skokie, IL 60077

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604

Jack Gore
1118 N. State St.
Chicago, IL 60610

Jewish United Fund of Metro Chicago
Ben Gurion Way
30 S. LaSalle St.
Chicago, IL 60605-5056

Leland J. Cohn
7519 N. Lowell
Skokie, IL 60076-3831

Mesivtha Tifereth Jerusalem of Amer
145 E. Broadway
New York, NY 10002

Nicor
PO Box 1630
Aurora, IL 60507-8100

Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600

Richard Balough
53 W. Jackson Blvd., #936
Chicago, IL 60604

Safeguard Business Systems
PO Box 429
Lake Forest, IL 60045

Shefsky & Froelich
111 E. Wacker Dr., #2800
Chicago, IL 60601

The Hartford/Business
PO Box 2907
Hartford, CT 06104-8730

The Hartford/Workers Comp
PO Box 2907
Hartford, CT 06104-2907

Trans Union/Monthly Fee
PO Box 95506
Chicago, IL 60693-9506

United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577

YisraeLink
3845 Oakton St.
Skokie, IL 60076