# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable** JOHN H. SQUIRES

**Hearing Date** July 23, 2009

**Bankruptcy Case No.** 09 B 17575

**Adversary No.**

**Title of Case** Multiut Corporation

**Brief Statement of Motion** Debtor's motion for authority to pay adequate protection

**Names and Addresses of moving counsel**

**Representing**

## ORDER

Entered and continued to August 17, 2009 at 10:00 a.m. Reply is due on or before August 6, 2009. Final brief is due on or before August 13, 2009.

*/s/ John H. Squires*

6/11/99