UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 09-17575 |
| MULTIUT CORPORATION, an Illinois | ) Chapter 11 |
| corporation, | ) Judge John H. Squires |
| Debtor. | ) |

## NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE that on the 8th day of September 2009, at the hour of 9:30 a.m., or as soon thereafter as counsel can be heard, I shall appear before the Honorable John H. Squires, Bankruptcy Judge, in room 680 of the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **Motion for An Order Under 11 U.S.C. § 365(d)(4) Extending the Time to Assume or Reject Executory Contracts for Non-Residential Real Property,** a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that a copy of the foregoing Notice and attached Motion was caused to be served via First Class Mail properly addressed and postage prepaid to all parties on the attached service list, on the 1st day of September, 2009 before the hour of 5:00 p.m.

/s/Scott R. Clar

## SERVICE LIST

United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604

Barry Hyman
Schiff Hardin LLP
Sears Tower
233 S. Wacker Dr., Ste 6600
Chicago, IL 60606

Nachshon Draiman
Multiut Corp.
7514/20 N. Skokie Blvd.
Skokie, IL 60077-3342

Michael Ralph
David Schwab
Richards Ralph & Sheiver Chtd.
39 S. LaSalle St., #905
Chicago, IL 60603

Alan J. Mandel, Ltd.
7520 N. Skokie Blvd.
Skokie, IL 60076

Amy M. Rapoport
Aronberg Goldgehn Davis & Garmisa
330 N. Wabash, #1700
Chicago, IL 60611

AT&T/MU
PO Box 8100
Aurora, IL 60507-8100

Chicago Community Kollel
6506 N. California Ave.
Chicago, IL 60645

ComEd
Bill Payment Center
Chicago, IL 60668-0001

Dun & Bradstreet
PO Box 75434
Chicago, IL 60675-5434

Dynegy Marketing and Trade
1000 Louisiana Street, #5800
Houston, TX 77002

Future Associates as Agent for
Multiut/Unicare Health
7520 N. Skokie Blvd.
Skokie, IL 60076

Future Associates as Agent for
Multiut/Human CompBenefits
7520 N. Skokie Blvd.
Skokie, IL 60076

Greenberg Traurig
77 W. Wacker Dr., #2500
Chicago, IL 60601

Hebrew Theological College
7135 N. Carpenter Road
Skokie, IL 60077

Jack Gore
1118 N. State St.
Chicago, IL 60610

Jewish United Fund of Metro Chicago
Ben Gurion Way
30 S. LaSalle St.
Chicago, IL 60605-5056

Leland J. Cohn
7519 N. Lowell
Skokie, IL 60076-3831

Mesivtha Tifereth Jerusalem of Amer
145 E. Broadway
New York, NY 10002

Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600

Richard Balough
53 W. Jackson Blvd., #936
Chicago, IL 60604

Shefsky & Froelich
111 E. Wacker Dr., #2800
Chicago, IL 60601

The Hartford/Business
PO Box 2907
Hartford, CT 06104-8730

United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577

YisraeLink
3845 Oakton St.
Skokie, IL 60076

LCF Associates, an Illinois general partnership
7514-20 Skokie Blvd.
Skokie, IL 60075

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 09-17575 |
| MULTIUT CORPORATION, an Illinois ) | Chapter 11 |
| corporation, ) | Judge John H. Squires |
| Debtor. ) | |

**MOTION FOR ORDER UNDER 11 U.S.C. § 365(d)(4)
EXTENDING THE TIME TO ASSUME OR REJECT EXECUTORY
CONTRACTS FOR NON-RESIDENTIAL REAL PROPERTY**

NOW COMES MULTIUT CORPORATION, an Illinois corporation, debtor/debtor-in-possession herein ("Debtor"), by and through its attorneys, Scott R. Clar and the law firm of Crane, Heyman, Simon, Welch & Clar and for its Motion, pursuant to Section 365(d)(4) of the Bankruptcy Code, for Order extending the time to assume or reject executory contracts for non-residential real property, respectfully states as follows:

1.   On May 14, 2009, the Debtor filed its voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code (the "Petition Date"). The Debtor is operating its business and managing its financial affairs as debtor-in-possession. No committee of unsecured creditors, trustee or examiner has been appointed to serve in this reorganization case.

2.   This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A), (N) and (O).

3.   Venue of these proceedings and this Motion is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

4.     The statutory bases for the relief requested herein is Section 365(d)(4) of the United States Bankruptcy Code.

5.     Since the Petition Date, the Debtor has been operating its business and managing its affairs as debtor-in-possession. No creditors committee, trustee or examiner has been appointed in the Debtor's Chapter 11 case.

6.     On January 1, 2001, the Debtor entered into an Office Lease with LCF Associates, an Illinois general partnership ("LCF"), for the Debtor's leasing of the premises located at 7514 N. Skokie Blvd., Skokie, Illinois (the "Lease"). A copy of the lease is attached hereto as **Exhibit A** and is by express reference made a part hereof.

7.     The Lease contemplates a term beginning January 1, 2001 and ending December 31, 2009. The Debtor's principal, Nachshon Draiman ("Draiman"), is a chapter 11 debtor, in bankruptcy case no. 09-17582. Upon information and belief, Draiman has a controlling interest in LCF.

8.     Pursuant to Section 365(d)(4) of the Bankruptcy Code, the Debtor must assume or reject any unexpired leases for non-residential real property in which they are the lessee by the earlier of (a) September 11, 2009, or (b) the date of the entry of an Order confirming a plan.

9.     By this Motion, the Debtor seeks an Order under Section 365(d)(4) of the Bankruptcy Code extending the date by which the Debtor must assume or reject the Lease through the earlier of (i) December 31, 2009; or (ii) the date when a plan or reorganization or liquidation in this Chapter 11 case is confirmed.

10.    LCF has consented to the extension of time, and LCF will not be prejudiced by the extension.

11. The Debtor has also filed a motion to extend the exclusive date for the Debtor to file its plan of reorganization and disclosure statement, and believes that the extension of time to assume or reject the lease is inextricably tied to that motion.

12. The Debtor requires additional time to determine the appropriate resolution of the Lease. Courts have routinely granted extensions of the assumption or rejection time period.

13. Cause exists to extend the time to assume or reject the Lease. To determine whether cause exists for an extension of the deadline for a debtor to assume or reject an non-residential lease in which the debtor is the lessee, courts have relied on several factors, including the following:

    a. whether the case is complex and involves a large number of leases;

    b. whether the leases are primary among the debtor's assets;

    c. whether the lessor continues to receive post-petition rental payments;

    d. whether the continued occupation could damage the lessor and such lessor could not receive compensation under the Bankruptcy Code; and

    e. whether the debtor has been afforded enough time to develop a plan.

See *S. St. Seaport L.P. v. In re Burger Boys, Inc.* (*In re Burger Boys, Inc.*), 94 F.3d 755, 761 (2d Cir. 1996).

14. Cause exists to extend the deadline to assume or reject the Lease. The Debtor has requested and anticipates this Court granting an extension of the exclusive period in which the Debtor may file its plan, and the Debtor does not wish to generate an administrative claim by assuming the Lease at this time.

15. The Debtor remains current in its obligations to LCF under the Lease.

-3-

WHEREFORE, MULTIUT CORPORATION, prays for the entry of an Order extending the date which the Debtor must assume or reject a certain office lease between the Debtor and LCF Associates, an Illinois general partnership, dated January 1, 2001, through and including December 31, 2009, and for such other and further relief as is just and equitable.

Respectfully Submitted,

MULTIUT CORPORATION,
debtor/debtor-in-possession

By: /s/ Scott R. Clar
    One of its attorneys

**DEBTOR'S COUNSEL**:
SCOTT R. CLAR, ESQ.
(Atty. No. 06183741)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
(312) 641-6777
\mjo\Multiut\Ext Deadline A-R Leases.mot and NOM.wpd