UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 09-17575 |
| MULTIUT CORPORATION, an Illinois corporation, | ) Chapter 11 |
| | ) Judge John H. Squires |
| Debtor. | ) |

## ORDER EXTENDING TIME TO ASSUME OR REJECT EXECUTORY CONTRACTS FOR NON-RESIDENTIAL REAL PROPERTY

AT CHICAGO, Illinois in said Division and District before the Honorable John H. Squires, Bankruptcy Judge, this   day of September, 2009

THIS CAUSE COMING TO BE HEARD upon the Motion of Multiut Corporation, an Illinois corporation, to Extend Time to Assume or Reject Executory Contracts for Non-Residential Real Property, all as more fully set forth in said Motion; due and proper notice having been given to all parties entitled thereto; no objections having been interposed; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the time by which the Debtor must assume or reject a certain unexpired lease for real property located at 7514 N. Skokie Blvd., Skokie, Illinois 60076, between the Debtor and LCF Associates, an Illinois general partnership, dated January 1, 2001, shall be and hereby is extended through and including December 31, 2009.

DATE:                                                                    ENTER:


                                                                         _____
                                                                         BANKRUPTCY JUDGE


**DEBTOR'S COUNSEL**:
SCOTT R. CLAR, ESQ.
(Atty. No. 06183741)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 South LaSalle, Suite 3705
Chicago, Illinois 60603
(312) 641-6777
W:\MJO2\Multiut Corp\Ext Deadline A-R Leases.Ord.wpd