UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                          )
                                                )  Case No. 09-17575
Multiut Corporation,                            )  Chapter 7
  an Illinois corporation,                      )  Judge John H. Squires
                                                )
    Debtor/Debtor-in-Possession.                )

## NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE that on the 29th day of November 2011, at the hour of 9:30 a.m., or as soon thereafter as counsel can be heard, I shall appear before the Honorable John H. Squires, Bankruptcy Judge, in room 680 of the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Petition for Award of Final Fee Application of Attorney Joseph Tighe,** a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that a copy of the foregoing Notice and attached Motion was caused to be served via First Class Mail properly addressed and postage prepaid to all parties on the attached service list, on the 31st day of October, 2011 before the hour of 5:00 p.m.

/s/Scott R. Clar

## SERVICE LIST

Kathryn M. Gleason
United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604

Barry Hyman
Eugene Geekie
Schiff Hardin LLP
Sears Tower
233 S. Wacker Dr., Ste 6600
Chicago, IL 60606

Alan J. Mandel, Ltd.
7520 N. Skokie Blvd.
Skokie, IL 60076

Joseph E. Tighe
111 W Washington Street # 1100,
Chicago, IL, 60602-2705

Nachshon Draiman
Multiut Corp.
7514/20 N. Skokie Blvd.
Skokie, IL 60077-3342

Amy M. Rapoport
Aronberg Goldgehn Davis & Garmisa
330 N. Wabash, #1700
Chicago, IL 60611

Larry D. Drury
Larry D. Drury, Ltd.
205 W. Randolph St., #1430
Chicago, IL 60606

Joseph A. Baldi
Joseph A. Baldi & Associates PC
19 S. LaSalle St., #1500
Chicago, IL 60603

Francis A. Pendergast
Crowley & Lamb PC
350 N. LaSalle St., #900
Chicago, IL 60654

Pia N. Thompson
Kovitz Shifrin Nesbit
134 N. LaSalle St., #1600
Chicago, IL 60602

AT&T /Comph
PO Box 8100
Aurora, IL 60507-8100

AT&T/MU
PO Box 8100
Aurora, IL 60507-8100

Barry Hyman
Schiff Hardin & Waite
233 S. Wacker Dr., #6600
Chicago, IL 60606

Chicago Community Kollel
6506 N. California Ave.
Chicago, IL 60645

Cole Taylor Bank
225 W. Washington St.
Chicago, IL 60606

ComEd
Bill Payment Center
Chicago, IL 60668-0001

Department of Treasury
Internal Revenue Service
Cincinnati, OH 45999-0205

Dynegy Marketing and Trade
1000 Louisiana Street, #5800
Houston, TX 77002

Future Associates as Agent for
Multiut/Unicare Health
7520 N. Skokie Blvd.
Skokie, IL 60076

Future Associates as Agent for
Multiut/Human CompBenefits
7520 N. Skokie Blvd.
Skokie, IL 60076

Greenberg Traurig
77 W. Wacker Dr., #2500
Chicago, IL 60601

Hebrew Theological College
7135 N. Carpenter Road
Skokie, IL 60077

Illinois Dept of Revenue
Springfield, IL 62776-0001

Internal Revenue Service
Kansas City, MO 64999

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604

Jack Gore
1118 N. State St.
Chicago, IL 60610

Jewish United Fund of Metro Chicago
Ben Gurion Way
30 S. LaSalle St.
Chicago, IL 60605-5056

Larry D. Drury
Larry D. Drury Ltd.
205 W. Randolph St., #1430
Chicago, IL 60606

Law Offices of Alan Steinbrecher
515 S. Flower St.
Los Angeles, CA 90071-2234

LCF Associates
7514 N. Skokie Blvd.
Skokie, IL 60077

Leland J. Cohn
7519 N. Lowell
Skokie, IL 60076-3831

Mesivtha Tifereth Jerusalem of Amer
145 E. Broadway
New York, NY 10002

Neal Gerber & Eisenberg
2 North LaSalle St.
Chicago, IL 60602

Nicor
PO Box 1630
Aurora, IL 60507-8100

Philip Selman
740 Kingsbridge Way
Buffalo Grove, IL 60089

Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600

Richard Balough
53 W. Jackson Blvd., #936
Chicago, IL 60604

Shefsky & Froelich
111 E. Wacker Dr., #2800
Chicago, IL 60601

Trans Union LLC
PO Box 99506
Chicago, IL 60693-9506

United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577

Wisconsin Institute for
Torah Studies
3288 N. Lake Drive
Milwaukee, WI 53211

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
)  Case No. 09-17575
MULTIUT CORPORATION, an Illinois ) Chapter 7
corporation, ) Judge John H. Squires
Debtor. )

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant: <u>JOSEPH E. TIGHE, P.C., Debtor's Special Counsel</u>

Authorized to Provide
Professional Services to: <u>Debtor</u>

Date of Order
Authorizing Employment: <u>June 30, 2009</u>

Period for Which Compensation
is Sought:  From: <u>August 1, 2010</u>  through <u>January 31, 2011</u>

Amount of Fees Sought: <u>$66,895.50</u>

Amount of Expense
Reimbursement Sought: <u>$1,699.50</u>

This is a(n):  Interim Application ____    Final Application <u>X</u>
If this is not the first Application filed herein by this professional, disclose as to all prior
fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed |
|---|---|---|---|
|  | 6/30/09 - 7/30/10 | $70,979.49 | $70,979.49 |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and
expenses herein is: $70,979.49

Date: <u>October 31, 2011</u>         Applicant:      <u>Joseph E. Tighe, P.C.</u>

                                                By: <u>/s/Scott R. Clar</u>
                                                    Debtor's Counsel

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | Case No. 09 B 17575 |
| MULTIUT CORPORATION ) | Hon. John H. Squires |
| ) | Hearing Date: November 21, 2011 |
| Debtor, ) | Time: 10:00 a.m. |
| ) | |

**DEBTOR MULTIUT CORPORATION'S PETITION FOR AWARD OF
FINAL FEE APPLICATION OF ATTORNEY JOSEPH TIGHE**

Debtor Multiut Corporation, pursuant to sections 330 and 331 of title 11, United States Code ("Code"), through its undersigned attorneys, requests this Court to enter an order (a) allowing final compensation to Joseph E. Tighe in the amount of $68,934.50 rendered to the Debtor's Chapter 11 estates from August 1, 2010 through January 31, 2011 (when work on the Multiut and Draiman appeals ceased); and (b) authorizing and directing the Chapter 7 Trustee to pay such allowances out of the Estate. In keeping with the Court's prior allocation of Tighe's fees between the two estates, Debtor urge the Court to assess two-thirds (2/3s) of the fees related to the Multiut and Draiman appeals to the Multiut Estate, and one-third (1/3) of the fees to the Draiman estate. In further support thereof, the movants respectfully states as follows:

1.     On June 30 and July 15, 2009, this Court authorized the debtor to employ Joseph E. Tighe in connection with the appeal of a judgment entered against them in the United States District Court for the Northern District of Illinois. (Exhibits A & B hereto.) Subsequently, on January 26 and February 10, 2011, this Court authorized the debtors to pay Mr. Tighe the $68,948 in fees and $1,031.49 for expenses incurred through July 30, 2010. The Court further determined that Mr. Tighe's fees should be

allocated two-thirds to the Multiut estate and one-third to the Draiman estate. (Group Exhibit C hereto.)

2. As demonstrated on Exhibit D hereto, i.e., the Tighe billing proforma, Mr. Tighe has incurred 157.4 hours of professional time totaling $66,895.00 in fees; 10.3 hours in paraprofessional time and totaling $1,699.50 in fees. Mr. Tighe's time was billed at the rate of $425 per hour; the paraprofessional time was performed by Caroline Hayes at the rate of $165 per hour. The movants respectfully submit that such rates are reasonable and have been previously approved (without objection by any creditor) in both cases.

3. As on Exhibits E (full listing of time) and F (recap per task) hereto, Tighe worked on five different tasks between August 1, 2010, and January 12, 2011. The professional time and fees incurred attributable to each task is identified specifically in and is summarized below:

    A. Docketing Appeal and submitting record............................................ 8.9 hours/$3,548

(Legal services rendered in connection with the filing of the notice of appeal, responding to 7th Circuit's sua sponte order re: record of diversity, research re: same, drafting and revising docketing statement, reviewing appeallate record for completeness)

    B. 7th Circuit Settlement Conference ............... 10 hours/$4,250

(Legal services rendered in connection with response to Order entered by 7th Circuit Court of Appeal concerning settlement, conferences with clients and co-counsel, review of settlement history, attendance at settlement conference and follow-up communications.)

    C. Preparing and Filing Opening Brief.......... 66 hours/$26,776

(Legal Services rendered included extensive review of trial court record, researching, drafting and revising 50-page brief raising numerous issues for review and communications with client.)

    D. Preparing and Filing Reply Brief ............ 66.1 hours /27,286

(Legal services rendered concerning review of Dynegy opposition brief on appeal, review of record and Dynegy's challenges to factual assertions, drafts and revisions to reply brief and communications with client.)

E. Preparing for and Presenting
   Oral Argument..........................16.70 hours/$6,733.50

(Legal services rendered in connection with the preparation for and attendance at hearing of oral argument before 7th Circuit Court of Appeals and communications with clients.)

4. All of the time expended and fees incurred were reasonable and necessary.

5. The instant fee application is the final such application made by the Tighe in connection with his representation of the debtors herein. The Court has previously allowed the only other fee petition submitted by Tighe in Orders dated January 27, 2011 and February 10, 2011. Mr. Tighe seeks payment from the Debtors' estates exclusively and not from any other party or entity.

6. Mr. Tighe not previously received or been promised any payments for services rendered in this case except as set forth in paragraph 1 above.

7. The Affidavit of Joseph E. Tighe pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit G and made a part hereof.

8. Debtors' counsel respectively certify that Mr. Tighe and the Debtors have received, reviewed and approved this Application.

WHEREFORE, debtors Nachshon Draiman and Multiut Corporation request the entry of an order providing the following:

A. Allowing to Mr. Tighe final compensation from the Chapter 11 estates in the amount of $68,594.50 for actual and necessary professional services rendered to the Debtor from August 1, 2010 through January 31, 2011;

B. Allocating the fees between the two estates on the basis of two-thirds (2/3s) to the Multiut Estate and one-third (1/3) to the Draiman estate;

C. Authorizing the Chapter 7 Trustees the authority to pay Mr. Tighe the amounts allowed herein as an Administrative Expense of the Chapter 11 Estates; and

D. Granting such other and further relief as this Court deems appropriate.

Respectfully submitted,

CRANE, HEYMAN, SIMON,
WELCH & CLAR
Attorneys for Multiut Corporation, debtor

By: /s/ Scott R. Clar
Partner

Scott R. Clar
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 South LaSalle Street, Suite 3705
Chicago, Illinois 60603
(312) 641-6777

Dated: October 31, 2011