UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
) Case No. 09-17575
Multiut Corporation, ) Chapter 7
an Illinois corporation, ) Judge Susan Pierson Sonderby
)
Debtor. )

## NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE that on the 7th day of March, 2012, at the hour of 10:00 a.m., or as soon thereafter as counsel can be heard, I shall appear before the Honorable Susan Pierson Sonderby, Bankruptcy Judge, in room 642 of the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **Motion of the Law Firm of Alan J. Mandel Ltd. as Debtor's Special Counsel, for Final Compensation for Attorneys' Fees and Expenses Incurred at the Request of the Trustee**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that a copy of the foregoing Notice and attached Motion was caused to be served via First Class Mail properly addressed and postage prepaid to all parties on the attached service list, on the 10th day of February, 2012 before the hour of 5:00 p.m.

/s/Scott R. Clar

1

## SERVICE LIST

Kathryn M. Gleason*
United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604

Barry A Chatz*
Arnstein & Lehr
120 South Riverside Plaza Ste 1200
Chicago, IL 60606

Barry Hyman*
Eugene Geekie
Schiff Hardin LLP
233 S. Wacker Dr., Ste 6600
Chicago, IL 60606

Alan J. Mandel, Ltd.*
7520 N. Skokie Blvd.
Skokie, IL 60076

Nachshon Draiman*
Multiut Corp.
7514/20 N. Skokie Blvd.
Skokie, IL 60077-3342

William Serritella*
Aronberg Goldgehn Davis & Garmisa
330 N. Wabash, #1700
Chicago, IL 60611

Larry D. Drury*
Larry D. Drury, Ltd.
100 N. LaSalle, #1010
Chicago, IL 60602

Joseph A. Baldi*
Baldi, Berg & Wallace
19 S. LaSalle St., #1500
Chicago, IL 60603

Judith Sherwin*
Shepp & Sherwin
25 E. Washington, #600
Chicago, IL 60602-1729

Thomas C. Wolford/Lee J. Eulgen*
Neal, Gerber & Eisenberg LLP
2 N. LaSalle St.
Chicago, IL 60602-3882

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 09-17575<br>Northern District of Illinois<br>Chicago<br>Thu Feb  9 16:02:47 CST 2012 | Chicago/Skokie ND SB1, LLC, as successor in<br>c/o William J. Serritella, Jr.<br>Aronberg Goldgehn Davis & Garmisa<br>330 North Wabash, Suite 1700<br>Chicago, IL 60611-7765 | Dynegy Marketing and Trade<br>1000 Louisiana Street<br>Suite 5800<br>Houston, TX 77002-5021 |
| Freeborn and Peters<br>311 South Wacker Drive<br>Suite 3000<br>Chicago, IL 60606-6679 | Multiut Corporation<br>7520 N. Skokie Blvd.<br>Skokie, IL 60077-3342 | Neal, Gerber & Eisenberg LLP<br>Attn:  Thomas C. Wolford<br>Two North LaSalle Street<br>Suite 1700<br>Chicago, IL 60602-4000 |
| | AT&T /Comph<br>PO Box 8100<br>Aurora, IL 60507-8100 | AT&T/MU<br>PO Box 8100<br>Aurora, IL 60507-8100 |
| | Barry Hyman<br>Schiff Hardin & Waite<br>233 S. Wacker Dr., #6600<br>Chicago, IL 60606-6473 | Chicago Community Kollel<br>6506 N. California Ave.<br>Chicago, IL 60645-4402 |
| Chicago/Skokie ND SB1, LLC<br>Attn: Jacqueline M. Helmrick<br>330 N. Wabash, Suite 1700<br>Chicago, Illinois 60611-7765 | Cole Taylor Bank<br>225 W Washington St<br>Chicago, IL 60606-2418 | Cole Taylor Bank<br>c/o William J. Serritella, Jr.<br>Aronberg Goldgehn Davis & Garmisa<br>330 N. Wabash, Suite 1700<br>Chicago, IL 60611-7765 |
| ComEd<br>Bill Payment Center<br>Chicago, IL 60668-0001 | ComEd Co.<br>2100 Swift Drive<br>Attn.:  Bankruptcy Section/Revenue Mgmt.<br>OakBrook, IL 60523-1559 | Department of Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0205 |
| Dun & Bradstreet<br>PO Box 75434<br>Chicago, IL 60675-5434 | Dynegy Marketing & Trade<br>c/o Eugene J. Geekie, Jr. & Barry Hyman<br>Schiff Hardin LLP<br>233 S. Wacker Dr., Suite 6600<br>Chicago, IL 60606-6307 | Dynegy Marketing and Trade<br>1000 Louisiana Street, #5800<br>Houston, TX 77002-5021 |
| Future Associates as Agent for<br>Multiut/Human CompBenefits<br>7520 N. Skokie Blvd.<br>Skokie, IL 60077-3342 | Future Associates as Agent for<br>Multiut/Unicare Health<br>7520 N. Skokie Blvd.<br>Skokie, IL 60077-3342 | Greenberg Traurig<br>77 W. Wacker Dr., #2500<br>Chicago, IL 60601-1643 |
| Greenberg Traurig, LLP<br>Attention: Matthew T. Gensburg, Esq.<br>77 W. Wacker Dr., Suite 3100<br>Chicago, IL 60601-4904 | Hartford Fire Insurance Company<br>Bankruptcy Unit, T-1-55<br>Hartfort Plaza<br>Hartford, CT 6115 | Hebrew Theological College<br>7135 N. Carpenter Road<br>Skokie, IL 60077-3263 |
| Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Jack Gore<br>1118 N. State St.<br>Chicago, IL 60610-2718 |

Jack Gore
c/o Larry D. Drury
Larry D. Drury, Ltd.
100 North LaSalle Street
Chicago, IL 60602-3511

Jewish United Fund of Metro Chicago
Ben Gurion Way
30 S. LaSalle St.
Chicago, IL 60605-5056

Judy Frank
8338 Monticello St
Skokie, IL 60076-2828

Kineret Weiss
c/o: Furture Associates
7520 N Skokie Blvd
Skokie, IL 60077-3342

LCF Associates
7514 N Skokie Blvd
Skokie, IL 60077-3377

Larry D Drury
100 N. LaSalle Street
Chicago, IL 60602-3511

Larry D. Drury
Larry D. Drury, Ltd.
100 N. LaSalle St., Ste. 1010
Chicago, IL 60602-3511

Law Offices of Alan Steinbrechter
515 S Flower St
Los Angeles, CA 90071-2201

Leland J. Cohn
7519 N. Lowell
Skokie, IL 60076-3831

Lindy Lou Gehl
4220 N Parkside Ave
Chicago, IL 60634-1825

Mesivtha Tifereth Jerusalem of Amer
145 E. Broadway
New York, NY 10002-6301

Nachshon Draiman
7514 N Skokie Blvd
Skokie, IL 60077-3377

Nachshon Drainman
7514 Skokie Blvd
Skokie, IL 60077-3377

Neal Gerber & Eisenberg
2 North LaSalle St
Chicago, IL 60602-3882

Neal, Gerber & Eisenberg LLP
2 N. LaSalle St.
Chicago, IL 60602-3882
Attn: Thomas C. Wolford/Lee J. Eulgen

Nicor
PO Box 1630
Aurora, IL 60507-1630

Norma Conde
8712 W Berwyn Apt 3E
Chicago, IL 60656-2312

Office of the U.S. Trustee
219 South Dearborn St.
Room 873
Chicago, IL 60604-2027

Phil Selman
c/o Lester A. Ottenheimer III
Ottenheimer Teplinsky Rosenbloom, LLC
750 Lake Cook Road, Suite 140
Buffalo Grove, Illinois 60089-2071

Philip Selman
c/o Lester A. Ottenheimer, III
Ottenheimer Rosenbloom, LLC
750 W. Lake Cook Road, Suite 140
Buffalo Grove, Illinois 60089-2071

Phillip Seiman
740 Kingsbridge Way
Buffalo Grove, IL 60089-1028

Phillip Selman
740 Kingsbridge Way
Buffalo Grove, IL 60089-1028

Phillip Selman
C/O Lester A. Ottenheimer, III
Ottenheimer Rosenbloom, LLC
750 W. Lake Cook Road Ste 140
Buffalo Grove, IL 60089-2071

Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600

Rachel Lavenda
7141 N Kedzie Ave Apt 1116
Chicago, IL 60645-5812

Rafl Draiman
c/o: Future Associates
7520 N Skokie Blvd
Skokie, IL 60077-3342

Richard C. Balough
Attorney at Law
1 N. LaSalle St., Ste. 1910
Chicago, IL 60602-3927

Rita Grunfeld Slutsky
9204 N Menard Ave
Morton Grove, IL 60053-1562

Rogelio Sanchez
2529 Menard
Chicago, IL 60639-2324

Safeguard Business Systems
PO Box 429
Lake Forest, IL 60045-0429

Shefsky & Froelich
111 E. Wacker Dr., #2800
Chicago, IL 60601-4277

The Hartford/Business
PO Box 2907
Hartford, CT 06104-2907

The Hartford/Workers Comp
PO Box 2907
Hartford, CT 06104-2907

Trans Union/Monthly Fee
PO Box 95506
Chicago, IL 60690-7223

United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577

Wisconsin Institute for Torah Studies
3288 N Lake Drive
Milwaukee, WI 53211-3124

YisraeLink
3845 Oakton St.
Skokie, IL 60076-3429

Jack Gore
c/o Larry D. Drury, Ltd.
205 West Randolph, Suite 1430
Chicago, IL 60606-1815

Nachshon Draiman
7520 N. Skokie Blvd.
Skokie, IL 60077-3342

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Philip I Selman
740 Kingsbridge Way
Buffalo Grove, IL 60089-1028

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) Case No. 09-17575
MULTIUT CORPORATION, an Illinois ) Chapter 7
corporation, ) Judge Susan Pierson Sonderby
Debtor. )

### NOTICE OF HEARING ON MOTION FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES TO TRUSTEE'S SPECIAL COUNSEL

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that Crane, Heyman, Simon, Welch & Clar, counsel for the Debtor, has filed Alan J. Mandel, Ltd.'s Motion for Final Compensation for Attorneys' Fees and Expenses Incurred at the Request of the Trustee (the "Mandel Motion"), thereby requesting the sum of $11,731.25 for legal services rendered to the Trustee for the period commencing May 25, 2010 through and including January 26, 2012, plus costs advanced for the same period in the sum of $1,453.88.

PLEASE TAKE FURTHER NOTICE that any person objecting to the Mandel Motion is directed to file their objection(s) in writing with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604, on or before the hour of 4:30 p.m., on the 5th **day of March, 2012**, with a copy of said objection(s) to be simultaneously served upon Scott R. Clar, Crane, Heyman, Simon, Welch & Clar, 135 South LaSalle, Suite 3705, Chicago, Illinois 60603.

PLEASE TAKE FURTHER NOTICE that a hearing on the Mandel Motion together with objections timely filed, if any, will be held before the Honorable Susan Pierson Sonderby, Bankruptcy Judge, Courtroom No. 642, 219 South Dearborn Street, Chicago, Illinois, on the 7th **day of March, 2012**, at the hour of **10:00 a.m.**, at which time and place you may appear if you so see fit.

DATED: February 10, 2012

**DEBTOR'S COUNSEL:**
Scott R. Clar, Esq.(Atty. No. 06183741)
John H. Redfield (Atty. No. 2298090)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
W:\MJO2\Multiut Corp\Fee Notice - Mandel.wpd

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                       )
                                             )  Case No. 09-17575
MULTIUT CORPORATION, an Illinois             )  Chapter 7
  corporation,                               )  Judge Susan Pierson Sonderby
                    Debtor.                  )

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant: <u>ALAN J. MANDEL LTD, Trustee's Special Counsel</u>

Authorized to Provide
Professional Services to: <u>Trustee</u>

Date of Order
Authorizing Employment: <u>February 1, 2010</u>

Period for Which Compensation
is Sought:  From: <u>May 25, 2011</u>  through <u>January 26, 2012</u>

Amount of Fees Sought: <u>$11,731.25</u>

Amount of Expense
Reimbursement Sought: <u>$1,453.88</u>

This is a(n):  Interim Application ___   Final Application <u>X</u>
If this is not the first Application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed |
|---|---|---|---|
|  | 8/10/09 - 3/2/10 | $40,679.44* | $21,546.12 |
|  | 3/2/10 - 6/8/10 | $3,767.50* | $3,767.50 |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses herein is: $25,313.62

Date: <u>February 26, 2012</u>          Applicant:    <u>Alan J. Mandel Ltd.</u>

                                                By: <u>/s/Scott R. Clar</u>
                                                    Debtor's Counsel

\* The above-fees were rendered and awarded in connection with Mr. Mandel's services performed as special counsel for the Debtor in its Chapter 11 case.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 09 B 17575 |
| MULTIUT CORPORATION | ) | Hon. Susan Sonderby |
| | ) | Hearing Date: March 7, 2012 |
| Debtor, | ) | Time: 10:00 a.m. |
| | ) | |

**ALAN J. MANDEL, LTD.'S MOTION FOR FINAL COMPENSATION FOR
ATTORNEYS' FEES AND EXPENSES
<u>INCURRED AT THE REQUEST OF THE TRUSTEE</u>**

Alan J. Mandel and the law firm of Alan J. Mandel, Ltd. ("Mandel"), pursuant to sections 330 and 331 of title 11, United States Code ("Code"), requests this Court to enter an order (a) allowing final compensation in the amount of $11,731.25 in fees and $1,453.88 in expenses rendered on behalf of the Debtor's Chapter 7 estate from May 25, 2011 to present, and (b) authorizing the Chapter 7 Trustee to pay such allowances out of the Chapter 7 Estate. In further support thereof, the Mandel respectfully states as follows:

1.  Multiut Corporation ("the Debtor") filed a petition for relief pursuant to Chapter 11 of the United States Bankruptcy Code on May 14, 2009 ("the Chapter 11 estate").

2.  On May 13, 2011, this case was converted to a Chapter 7 proceeding ("the Chapter 7 estate).

3.  On May 13, 2011, the United States Trustee appointed Barry Chatz as the trustee of the Chapter 7 estate.

4.  On February 1, 2010, this Court approved the retention of Mandel to represent the Debtor in proceedings pending before a Multi-District Litigation panel

concerning the debtor's claims under the Sherman Act as well as claims for common law fraud and the Illinois Consumer Fraud and Deceptive Trade Practices Act, i.e., <u>In re Western States Wholesale Natural Gas Antitrust Litigation</u>, MDL Docket No. 1566, base case <u>Multiut Corp. v. Dynegy, Inc. and Dynegy Marketing & Trade</u>, No. 03-CV-01431-PMP (PAL)("the MDL").

5. Thereafter, in May, 2011, the Chapter 7 Trustee requested that Mandel continue his representation of the Debtor's interests in the MDL, specifically in connection with a pending hearing and oral argument on the defendants' Motion for Partial Summary Judgment held on July 14, 2011 in Las Vegas, NV.

6. The Trustee further authorized Mandel to participate in the appeal of the District Court's entry of partial summary judgment against the Debtor whereby the District Court dismissed the Debtor's claim under the Sherman Act, and to represent the Debtor's interests in status hearings regarding the remaining claims in the District Court.

7. The Trustee also sought Mandel's assistance, as counsel of record in the MDL, in consummating the dismissal of the MDL pursuant to the settlement agreement reached between the trustee and the Dynegy defendants which was approved by this Court in December, 2011.

8. As demonstrated fully in the invoice attached hereto as Exhibit A. Mandel incurred fees and expenses for each of these three tasks:

    a. <u>Defense of Defendants' Motion for Partial Summary Judgment</u>. Mandel participated in the oral argument and hearing on the defendants' Motion for Partial Summary Judgment on July 14, 2011. Mandel incurred $9,315 in fees and $ 796.52 in expenses in

connection with that work. Mandel incurred 22.25 hours of attorney time and 3.3 hours of paralegal time between May 25, 2011 and August 1, 2011 in connection with that work.

b. <u>Appeal of the Entry of the Partial Summary Judgment</u>. Mandel filed a notice of appeal and his appearance in the Ninth Circuit Court of Appeals, and began work on the issues on appeal. He incurred $1,391.25 in fees and $657.36 in expenses in connection with that work Mandel incurred .8 hours of attorney time and 8.6 hours of paralegal time between August 2 and August 23, 2011 and expenses of $657.36, which includes $655 in filing and appearance fees paid to the Clerk of the Ninth Circuit Court of Appeals.

c. <u>Additional Appearances in the District Court</u>. After the partial summary judgment was entered, Mandel was required to communicate with the defendants' counsel in the MDL and to coordinate filings with concerning the status of claims which remained for trial in the District Court, the settlement and dismissal of the remaining claims. Mandel incurred $1,025 in fees in connection with that work. Mandel incurred 2.15 hours of attorney time and 1.3 hours of paralegal time between September 14, 2011 and January 26, 2012. No expenses were incurred during that period or in connection with that task.

9. Mandel's time is billed at the rate of $400 per hour; the paraprofessional time was performed by William Sidney Parker at the rate of $125 per hour. Mandel respectfully submits that such rates are reasonable and have been

previously approved (without objection by any creditor) in this case and the related case, In Re Nachshon Draiman, No. 09-17582.

10. All of the time expended and fees incurred were reasonable and necessary and provided value to the Trustee and the Chapter 7 estate.

11. The instant fee application is the first and final such application made by Mandel in connection with his representation of the Chapter 7 estate. No time is included in the instant petition for fees incurred with the presentation of the fee petition.

12. Mandel anticipates filing an additional fee petition for work performed on behalf of and for the benefit of the Chapter 11 estate. Currently, $18,707.50 in fees billed to the Chapter 11 estate through June, 2011 has been reserved for further Order of Court. (See Order, July 13, 2010).

13. Mandel has not previously received any payments for services rendered in the Chapter 7 estate nor has Mandel been promised any fees from any source other than the Chapter 7 estate.

WHEREFORE, Alan J. Mandel requests the entry of an Order providing the following:

A. Allowing Alan J. Mandel, Ltd. compensation from the Chapter 7 estate in the amount of $11,731.25 for actual and necessary professional services rendered and $1,453.88 in expenses incurred on behalf of the Chapter 7 estate between May 25, 2011 and January 26, 2012;

    B.  Authorizing the Chapter 7 Trustee to pay Mandel the amounts allowed herein as an Administrative Expense of the Chapter 7 Estates; and

    C.  Granting such other and further relief as this Court deems appropriate.

              Respectfully submitted,

              CRANE, HEYMAN, SIMON,
              WELCH & CLAR
              Attorneys for Multiut Corporation, debtor

          By:  /s/ Scott R. Clar

Scott R. Clar
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 South LaSalle Street, Suite 3705
Chicago, Illinois  60603
(312) 641-6777

Dated: February 9, 2012