UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
) Case No. 09-17575
Multiut Corporation, ) Chapter 11
  an Illinois corporation, ) Judge Susan Pierson Sonderby
)
Debtor/Debtor-in-Possession. )

## NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE that on the 10th day of April, 2012, at the hour of 10:00 a.m., or as soon thereafter as counsel can be heard, I shall appear before the Honorable Susan Pierson Sonderby, Bankruptcy Judge, in room 642 of the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **Motion for Allowance of Administrative Claim of the Law Firm of Crane, Heyman, Simon, Welch & Clar as Debtor's Counsel, and Motion for Final Allowance and Payment of Compensation and Reimbursement of Expenses,** a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that a copy of the foregoing Notice and attached Motion was caused to be served electronically on the 20th day of March, 2012 before the hour of 5:00 p.m.

/s/Scott R. Clar

1

## SERVICE LIST

United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

Barry A Chatz
Arnstein & Lehr
120 South Riverside Plaza Ste 1200
Chicago, IL 60606
bachatz@arnstein.com

Eugene Geekie
Schiff Hardin LLP
Sears Tower
233 S. Wacker Dr., Ste 6600
Chicago, IL 60606
egeekie@schiffhardin.com

Amy M. Rapoport
Aronberg Goldgehn Davis & Garmisa
330 N. Wabash, #1700
Chicago, IL 60611
arapoport@agdglaw.com

Larry D. Drury
Larry D. Drury, Ltd.
100 N. LaSalle St., #1010
Chicago, IL 60602
ldrurylaw@aol.com

Ayad P. Jacob
Tiffany R. Redding
Karen Newbury
Schiff Hardin LLP
233 S. Wacker Dr., #6600
Chicago, IL 60606
ajacob@schiffhardin.com
knewbury@schiffhardin.com
tredding@schiffhardin.com

Richard S Lauter
Freeborn & Peters LLP
311 S. Wacker Drive
Suite 3000
Chicago, IL 60606
rlauter@freebornpeters.com

Jacqueline M. Helmrick
Aronberg Goldgehn Davis & Garmisa
330 N. Wabash Av., #1700
Chicago, IL 60611
jhelmrick@agdlaw.com

Michael L. Ralph, Sr.
David J. Schwab
Joel H. Norton
Ralph Schwab @ Schiever Chtd.
39 S. LaSalle St., #605
Chicago, IL 60603
Mralph@rss-chtd.com
ajschwab@rss-chtd.com
jnorton@rss-chtd.com

Lester A. Ottenheimer, III
Ottenheimer Rosenbloom LLC
750 W. Lake Cook Rd., #350
Chicago, IL 60089
lottenheimer@otrlaw.com

Thomas C. Wolford
Neal Gerber & Eisenberg LLP
Two N. LaSalle St., #1700
Chicago, IL 60602
twolford@ngelaw.com

Peter J. Roberts
Shaw Gussis
321 N. Clark St., #800
Chicago, IL 60654
proberts@shawgussis.com

Alan J. Mandel, Ltd.
7520 N. Skokie Blvd.
Skokie, IL 60076
alan@mandellaw.net

Nachshon Draiman
Multiut Corp.
7514/20 N. Skokie Blvd.
Skokie, IL 60077-3342

Joseph A. Baldi
Joseph A. Baldi & Associates PC
19 S. LaSalle St., #1500
Chicago, IL 60603
jabaldi@ameritech.net

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) Case No. 09-17575
MULTIUT CORPORATION, an Illinois ) Chapter 11
corporation, ) Judge John H. Squires
Debtor. )

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant: <u>CRANE, HEYMAN, SIMON, WELCH & CLAR, Debtor's Counsel</u>

Authorized to Provide
Professional Services to: <u>Debtor</u>

Date of Order
Authorizing Employment: <u>June 5, 2009</u>

Period for Which Compensation
is Sought: From: <u>March 24, 2009</u> through <u>March 2, 2012</u>

Amount of Fees Sought: <u>$ 140,459.50</u>

Amount of Expense
Reimbursement Sought: <u>$5,420.71</u>

This is a(n): Interim Application ___  Final Application __x__
If this is not the first Application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed |
|---|---|---|---|
|  | 3/24/09 - 2/15/10 | $59,421.61 | $59,421.61 |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses herein is: $59,421.61

Date: <u>March 20, 2012</u>　　　Applicant:　Scott R. Clar and the firm
<u>Crane, Heyman, Simon, Welch & Clar</u>

By: <u>　/s/Scott R. Clar　</u>
Debtor's Counsel

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          )   Case No. 09-17575
Multiut Corporation,                      )   Chapter 7
    an Illinois corporation,              )   Judge Susan Pierson Sonderby
                                          )
    debtor/debtor-in-possession.          )

**MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM OF THE LAW FIRM OF
CRANE, HEYMAN, SIMON, WELCH & CLAR AS DEBTOR'S COUNSEL, AND
MOTION FOR FINAL ALLOWANCE AND PAYMENT OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

To the Honorable Susan Pierson Sonderby, Bankruptcy Judge:

Now comes Scott R. Clar, and the law firm of Crane, Heyman, Simon, Welch & Clar ("CHSWC"), counsel for the Chapter 11 debtor/debtor-in-possession, Multiut Corporation ("Debtor"), and for their Motion, pursuant to Sections 330, 331, 503 and 507 of the Bankruptcy Code for Allowance and Payment of Final Compensation and Reimbursement of Expenses, respectfully state as follows:

### INTRODUCTION

1. On May 14, 2009, the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code (the "Petition Date").

2. Since the Petition Date, the Debtor has operated its business and managed its financial affairs as a debtor-in-possession.

3. No committee of unsecured creditors, trustee or examiner was appointed to serve in the Debtor's reorganization case.

4. The Debtor's Chapter 11 case was converted to a case under Chapter 7 of the Bankruptcy Code on May 13, 2011.

5. On or about June 4, 2009, the Debtor presented its motion to employ CHSWC as the Debtor's bankruptcy counsel, and on June 5, 2009 an Order was entered by this Court granting the motion to employ. CHSWC received a $26,039 pre-petition

-1-

retainer. CHSWC received a reward of interim compensation and reimbursement of expenses on March 18, 2010 in the amount of $59,421.61.

6.  By this Motion, CHSWC requests an allowance of final compensation and reimbursement of expenses in the amounts of $140,459.50 and $5,420.71 respectively, for the period commencing March 24, 2009 through and including March 2, 2012.

7.  The Debtor's Chapter 11 case progressed to the point of a contested hearing on confirmation, after which confirmation of the Debtor's plan of reorganization was denied and the Debtor's chapter 11 case converted to a case under Chapter 7 on May 13, 2011.

## CHSWC BIOGRAPHICAL INFORMATION

8.  CHSWC is a law firm whose practice is almost exclusively concentrated in the fields of bankruptcy, insolvency and commercial matters. The firm is comprised of six (6) members, all of whom have significant experience and expertise in the law firm's area of concentration. The following is certain biographical information pertaining to Scott R. Clar, the member of the law firm who has rendered the majority of the services in the Debtor's Chapter 11 case.

## SCOTT R. CLAR

Scott R. Clar is a member of the law firm of Crane, Heyman, Simon, Welch & Clar, and has been a practicing attorney in the State of Illinois since 1982. He has been primarily responsible for the representation of the Debtor in this case. From January, 1985, through September, 1986, he was employed as a staff attorney with the United States Trustee's Office in the Northern District of Illinois, where he administered over 200 Chapter 11 cases, as well as supervised Chapter 7 panel trustees. From September, 1986, through December, 1987, he was employed by the law firm of Adelman & Gettleman, Ltd., where he continued to practice in the areas of bankruptcy and insolvency related matters. In January 1988, he became associated with Dannen, Crane, Heyman & Simon, predecessor to CHSWC, and became a partner in 1994. His practice is concentrated in the field of

bankruptcy, having represented Chapter 7 and Chapter 11 debtors, trustees, unsecured creditors' committees and various creditors. Mr. Clar has been a panel member and a moderator for several bar association-sponsored bankruptcy seminars. He is a member of the Federal Trial Bar. He is a former Chairman of the Chicago Bar Association Committee on Bankruptcy and Reorganization.

9. The hourly rates charged by CHSWC for legal services rendered in this bankruptcy case are as follows:

| Attorney | 2010 Rate | 2011 Rate | 2012 Rate |
|---|---|---|---|
| Eugene Crane (EC) | $475.00 | $485.00 | $490.00 |
| Arthur G. Simon (AGS) | $435.00 | $450.00 | $470.00 |
| Scott R. Clar ("SRC") | $435.00 | $450.00 | $470.00 |
| Jeffrey C. Dan ("JCD") | $350.00 | $375.00 | $395.00 |
| John H. Redfield ("JHR") | | $360.00 | $370.00 |

These hourly rates are the customary and usual rates which CHSWC charges clients on matters of this nature.

10. The total time expended by CHSWC attorneys in connection with this Chapter 11 case during the period commencing February 16, 2010 through and including March 2, 2012 is hours as follows:

| Attorney | Hours | Amount |
|---|---|---|
| Eugene Crane (EC) | .4 | $    304.50 |
| Arthur G. Simon (AGS) | .7 | 190.00 |
| Scott R. Clar ("SRC") | 182.8 | 80,753.00 |
| Jeffrey C. Dan ("JCD") | 3.6 | 1,260.00 |
| John H. Redfield ("JHR") | 1.5 | 525.00 |
| Total: | | $83,032.50 |

## LEGAL SERVICES RENDERED

11. The legal services rendered by CHSWC, as more fully described in Exhibits A through D, have been divided into the following categories:

A.  **GENERAL ADMINISTRATION**

The legal services rendered in this category include the preparation of motions with respect to administration of the case, including employment motions, utility and payroll motions and appearances in court re: same, preparation of schedules and statement of affairs, attendance at meetings at the U.S. Trustee's office, dealing with creditors calls and other administrative matters.

Total Time Expended:        51.2 hours

| Attorney | | 2010 Hours | 2011 Hours | 2012 Hours | Amount |
|---|---|---|---|---|---|
| Arthur G. Simon (AGS) | | .7 | | | $   190.00 |
| Scott R. Clar ("SRC") | | 35.1 | 13.0 | | 21,163.50 |
| Jeffrey C. Dan ("JCD") | | .8 | | | 280.00 |
| John H. Redfield ("JHR") | | 1.5 | | | 525.00 |
| | Total: | 49.9 | 13.0 | | $22,273.00 |

Attached to this Motion as Exhibit "A" is an itemization of the legal services rendered in this category.[1]

B.  **DYNEGY LITIGATION**

The legal services rendered in this category relate to matters involving Dynegy Marketing & Trade ("Dynegy"). Prior to the Petition Date, a judgment was entered in the approximate amount of $15,000,000.00 plus interest against the Debtor in favor of Dynegy, and also against the Debtor's principal, Nachshon Draiman ("Draiman") who is also a debtor in case no. 09 B 17582 currently pending before this Court as well. The Debtor has asserted anti-trust counterclaims against Dynegy which remained pending before a Multi-District Litigation Panel in the United States District Court of Nevada. Both Multiut and Draiman have appealed to the Seventh Circuit Court of Appeals with respect to the judgment entered in favor of Dynegy. These appeals are currently pending. CHSWC has expended time responding to and appearing in court on various motions and discovery requests of Dynegy.

Total Time Expended:        32.6 hours

---

[1] Pursuant to Local Rule 5082-1, during the relevant time period CHSWC expended       hours of time representing a fee of $       in the preparation of this Motion, which fee is included in this category.

-4-

| Attorney | 2010 Hours | 2011 Hours | 2012 Hours | Amount |
|---|---|---|---|---|
| Scott R. Clar ("SRC") | 32.6 | | | $14,181.00 |
| **Total:** | **32.6** | | | **$14,181.00** |

Attached to this Motion as Exhibit "B" is an itemization of the legal services rendered in this category.

### C. COLE TAYLOR BANK

The legal services rendered in this category relate to matters involved preparation of a motion and orders regarding cash collateral consisting of rental income from real property located at 9824 S. Michigan, Chicago, Illinois, as well as preparation for and attendance in Court.

Total Time Expended:   1.8 hours

| Attorney | 2010 Hours | 2011 Hours | 2012 Hours | Amount |
|---|---|---|---|---|
| Scott R. Clar ("SRC") | 1.6 | .2 | | $786.00 |
| **Total:** | **1.6** | **.2** | | **$786.00** |

Attached to this Motion as Exhibit "C" is an itemization of the legal services rendered in this category.

### D. PLAN AND DISCLOSURE STATEMENT

The legal services rendered in this category relate to the drafting and filing of a plan of reorganization, amended plan of reorganization, amended disclosure statement and also in connection with the discovery hearing on confirmation, drafting of pleadings and participating in multiple hearing dates on confirmation.

Total Time Expended:   78.8 hours

| Attorney | 2010 Hours | 2011 Hours | 2012 Hours | Amount |
|---|---|---|---|---|
| Eugene Crane (EC) | .4 | | | $ 190.00 |
| Scott R. Clar ("SRC") | 44.1 | 33.2 | | 4,123.50 |
| Jeffrey C. Dan ("JCD") | 1.1 | | | 385.00 |
| **Total:** | **45.6** | **33.2** | | **$34,698.50** |

-5-

Attached to this Motion as Exhibit "D" is an itemization of the legal services rendered in this category.

### E.  FEE APPLICATION

CHSWC rendered services in connection with preparation of this Motion.

| Attorney | 2010 Hours | 2011 Hours | 2012 Hours | Amount |
|---|---|---|---|---|
| Scott R. Clar ("SRC") | 1.9 | | 1.0 | $1,296.50 |
| **Total:** | **1.9** | | **1.0** | **$1,296.50** |

Attached to this Motion as Exhibit "E" is an itemization of the legal services rendered in this category.

### F.  SELMAN MOTION FOR ADMINISTRATIVE CLAIM

CHSWC incurred fees in connection with the Motion for Administrative Claim filed by Phillip Selman. Service rendered included drafting of a response, court appearances and drafting, propounding and receipt of discovery.

| Attorney | 2010 Hours | 2011 Hours | 2012 Hours | Amount |
|---|---|---|---|---|
| Scott R. Clar ("SRC") | 19.1 | 4.5 | | $10,333.50 |
| Jeffrey C. Dan ("JCD") | 1.7 | | | 595.00 |
| **Total:** | **20.8** | **4.5** | | **$10,928.50** |

Attached to this Motion as Exhibit "F" is an itemization of the legal services rendered in this category.

### EXPENSES INCURRED

12.    During the course of the representation of the Debtor, CHSWC has incurred necessary expenses for which reimbursement is sought. The total amount of these expenses for the period commencing February 16, 2010 through and including March 2, 2012 is $1,994.61. Attached to this motion as Exhibit "E" is an itemization of the expenses incurred.

-6-

## CONCLUSION

13.     Other than as provided in Section 504(b) of the Bankruptcy Code, CHSWC has not shared, or agreed to share, any compensation received as a result of this case with any person, firm or entity.  No promises concerning compensation have been made to CHSWC by any person, firm or entity.

14.     CHSWC asserts that the final compensation requested in this Motion is reasonable compensation for the actual and necessary legal services rendered, based upon the time, nature, extent and value of such legal services.  CHSWC further asserts that the cost of legal services rendered for and on behalf of the Debtor is comparable to the cost of similar services in matters other than under the Bankruptcy Code.

15.     CHSWC asserts that the expenses for which reimbursement is sought in this Motion are reasonable and were actual and necessary expenditures required in the representation of the Debtor in the Chapter 11 case.

WHEREFORE, for the foregoing reasons, Scott R. Clar, and the law firm of Crane, Heyman, Simon, Welch & Clar, counsel for the Debtor, prays for the entry of an order pursuant to Section 331 of the Bankruptcy Code, as follows:

a) Allowing final compensation and reimbursement of expenses to CHSWC in the amounts of $140,459.50 and $5,420.71, respectively for services provided from the period commencing March 24, 2009 through and including March 2, 2012;

b)    Authorizing and directing payment by the Debtor to CHSWC of the sum of $145,847.41, less the less previously received payments totaling the sum of $59,421.61; and

c)  Granting such other relief as may be just and equitable.

CRANE, HEYMAN, SIMON, WELCH & CLAR

By: /s/Scott R. Clar
       One of its attorneys

**DEBTOR'S COUNSEL:**
Scott R. Clar, Esq.   (Atty. Reg. #06183741)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114
W:\MJO2\Multiut Corp\Pay CHSWC2.mot and NOM.wpd