UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-17575 |
| Multiut Corporation, ) | Chapter 7 |
| an Illinois corporation, ) | Judge Susan Pierson Sonderby |
| ) | |
| Debtor. ) | |

## NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE that on the 25th day of April, 2012, at the hour of 10:00 a.m., or as soon thereafter as counsel can be heard, I shall appear before the Honorable Susan Pierson Sonderby, Bankruptcy Judge, in room 642 of the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **Alan J. Mandel Ltd.'s Motion for Final Compensation for Attorneys' Fees and Expenses Incurred in Connection with the Chapter 11 Estate,** a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that a copy of the foregoing Notice and attached Motion was caused to be served via First Class Mail properly addressed and postage prepaid to all parties on the attached service list with and * and a copy of the Notice of Hearing was served upon all parties via First Class Mail, on the 30th day of March, 2012 before the hour of 5:00 p.m.

/s/Scott R. Clar

1

## SERVICE LIST

Kathryn M. Gleason*
United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604

Barry A Chatz*
Arnstein & Lehr
120 South Riverside Plaza Ste 1200
Chicago, IL 60606

Barry Hyman*
Eugene Geekie
Schiff Hardin LLP
233 S. Wacker Dr., Ste 6600
Chicago, IL 60606

Alan J. Mandel, Ltd.*
7520 N. Skokie Blvd.
Skokie, IL 60076

Nachshon Draiman*
Multiut Corp.
7514/20 N. Skokie Blvd.
Skokie, IL 60077-3342

William Serritella*
Aronberg Goldgehn Davis & Garmisa
330 N. Wabash, #1700
Chicago, IL 60611

Larry D. Drury*
Larry D. Drury, Ltd.
100 N. LaSalle, #1010
Chicago, IL 60602

Joseph A. Baldi*
Baldi, Berg & Wallace
19 S. LaSalle St., #1500
Chicago, IL 60603

Judith Sherwin*
Shepp & Sherwin
25 E. Washington, #600
Chicago, IL 60602-1729

Thomas C. Wolford/Lee J. Eulgen*
Neal, Gerber & Eisenberg LLP
2 N. LaSalle St.
Chicago, IL 60602-3882

Chicago/Skokie ND SB1, LLC, as successor in
c/o William J. Serritella, Jr.
Aronberg Goldgehn Davis & Garmisa
330 North Wabash, Suite 1700
Chicago, IL 60611-7765

Dynegy Marketing and Trade
1000 Louisiana Street
Suite 5800
Houston, TX 77002-5021

Freeborn and Peters
311 South Wacker Drive
Suite 3000
Chicago, IL 60606-6679

Multiut Corporation
7520 N. Skokie Blvd.
Skokie, IL 60077-3342

Neal, Gerber & Eisenberg LLP
Attn:  Thomas C. Wolford
Two North LaSalle Street
Suite 1700
Chicago, IL 60602-4000

AT&T /Comph
PO Box 8100
Aurora, IL 60507-8100

AT&T/MU
PO Box 8100
Aurora, IL 60507-8100

Alan J. Mandel, Ltd.
7520 N. Skokie Blvd.
Skokie, IL 60077-3342

Barry Hyman
Schiff Hardin & Waite
233 S. Wacker Dr., #6600
Chicago, IL 60606-6473

Chicago Community Kollel
6506 N. California Ave.
Chicago, IL 60645-4402

Chicago/Skokie ND SB1, LLC
Attn: Jacqueline M. Helmrick
330 N. Wabash, Suite 1700
Chicago, Illinois 60611-7765

Cole Taylor Bank
225 W Washington St
Chicago, IL 60606-2418

Cole Taylor Bank
c/o William J. Serritella, Jr.
Aronberg Goldgehn Davis & Garmisa
330 N. Wabash, Suite 1700
Chicago, IL 60611-7765

ComEd
Bill Payment Center
Chicago, IL 60668-0001

ComEd Co.
2100 Swift Drive
Attn.:  Bankruptcy Section/Revenue Mgmt.
OakBrook, IL 60523-1559

Department of Treasury
Internal Revenue Service
Cincinnati, OH 45999-0205

Dun & Bradstreet
PO Box 75434
Chicago, IL 60675-5434

Dynegy Marketing & Trade
c/o Eugene J. Geekie, Jr. & Barry Hyman
Schiff Hardin LLP
233 S. Wacker Dr., Suite 6600
Chicago, IL 60606-6307

Dynegy Marketing and Trade
1000 Louisiana Street, #5800
Houston, TX 77002-5021

Future Associates as Agent for
Multiut/Human CompBenefits
7520 N. Skokie Blvd.
Skokie, IL 60077-3342

Future Associates as Agent for
Multiut/Unicare Health
7520 N. Skokie Blvd.
Skokie, IL 60077-3342

Greenberg Traurig, LLP
Attention: Matthew T. Gensburg, Esq.
77 W. Wacker Dr., Suite 3100
Chicago, IL 60601-4904

Hartford Fire Insurance Company
Bankruptcy Unit, T-1-55
Hartfort Plaza
Hartford, CT 6115

Hebrew Theological College
7135 N. Carpenter Road
Skokie, IL 60077-3263

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Jack Gore
1118 N. State St.
Chicago, IL 60610-2718

Jack Gore
c/o Larry D. Drury
Larry D. Drury, Ltd.
100 North LaSalle Street
Chicago, IL 60602-3511

Jewish United Fund of Metro Chicago
Ben Gurion Way
30 S. LaSalle St.
Chicago, IL 60605-5056

Judy Frank
8338 Monticello St
Skokie, IL 60076-2828

Kineret Weiss
c/o: Furture Associates
7520 N Skokie Blvd
Skokie, IL 60077-3342

LCF Associates
7514 N Skokie Blvd
Skokie, IL 60077-3377

Larry D. Drury
Larry D. Drury, Ltd.
100 N. LaSalle St., Ste. 1010
Chicago, IL 60602-3511

Law Offices of Alan Steinbrechter
515 S Flower St
Los Angeles, CA 90071-2201

Leland J. Cohn
7519 N. Lowell
Skokie, IL 60076-3831

Lindy Lou Gehl
4220 N Parkside Ave
Chicago, IL 60634-1825

Mesivtha Tifereth Jerusalem of Amer
145 E. Broadway
New York, NY 10002-6301

Nachshon Draiman
7514 N Skokie Blvd
Skokie, IL 60077-3377

Neal, Gerber & Eisenberg LLP
2 N. LaSalle St.
Chicago, IL 60602-3882
Attn: Thomas C. Wolford/Lee J. Eulgen

Nicor
PO Box 1630
Aurora, IL 60507-1630

Norma Conde
8712 W Berwyn Apt 3E
Chicago, IL 60656-2312

Office of the U.S. Trustee
219 South Dearborn St.
Room 873
Chicago, IL 60604-2027

Phillip Selman
740 Kingsbridge Way
Buffalo Grove, IL 60089-1028

Phillip Selman
C/O Lester A. Ottenheimer, III
Ottenheimer Rosenbloom, LLC
750 W. Lake Cook Road Ste 140
Buffalo Grove, IL 60089-2071

Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600

Rachel Lavenda
7141 N Kedzie Ave Apt 1116
Chicago, IL 60645-5812

Rafl Draiman
c/o: Furture Associates
7520 N Skokie Blvd
Skokie, IL 60077-3342

Richard C. Balough
Attorney at Law
1 N. LaSalle St., Ste. 1910
Chicago, IL 60602-3927

Rita Grunfeld Slutsky
9204 N Menard Ave
Morton Grove, IL 60053-1562

Rogelio Sanchez
2529 Menard
Chicago, IL 60639-2324

Safeguard Business Systems
PO Box 429
Lake Forest, IL 60045-0429

Shefsky & Froelich
111 E. Wacker Dr., #2800
Chicago, IL 60601-4277

The Hartford/Business
PO Box 2907
Hartford, CT 06104-2907

The Hartford/Workers Comp
PO Box 2907
Hartford, CT 06104-2907


Trans Union/Monthly Fee
PO Box 95506
Chicago, IL 60690-7223

United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577

Wisconsin Institute for Torah Studies
3288 N Lake Drive
Milwaukee, WI 53211-3124


YisraeLink
3845 Oakton St.
Skokie, IL 60076-3429

Alan J Mandel
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle
Suite 3705
Chicago, IL 60603-4101

Barry A Chatz
Arnstein & Lehr
120 South Riverside Plaza Ste 1200
Chicago, IL 60606-3910


Jack Gore
c/o Larry D. Drury, Ltd.
205 West Randolph, Suite 1430
Chicago, IL 60606-1815

Judith S Sherwin
Shepp & Sherwin
25 E Washington Ste 600
Chicago, IL 60602-1729

Nachshon Draiman
7520 N. Skokie Blvd.
Skokie, IL 60077-3342

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 09-17575 |
| MULTIUT CORPORATION, an Illinois ) | Chapter 7 |
| corporation, ) | Judge Susan Pierson Sonderby |
| Debtor. ) | |

### NOTICE OF HEARING ON MOTION FOR
### FINAL COMPENSATION FOR ATTORNEYS' FEES AND EXPENSES
### INCURRED IN CONNECTION WITH THE CHAPTER 11 ESTATE

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that Crane, Heyman, Simon, Welch & Clar, counsel for the Debtor, has filed Alan J. Mandel, Ltd.'s Motion for Final Compensation for Attorneys' Fees and Expenses Incurred in Connection with the Chapter 11 Estate (the "Mandel Motion"), thereby requesting the sum of $71,653.75 for legal services rendered to the Debtor for the period commencing February 1, 2010 through and including May 12, 2011, plus costs advanced for the same period in the sum of $1,051.31.

PLEASE TAKE FURTHER NOTICE that any person objecting to the Mandel Motion is directed to file their objection(s) in writing with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604, on or before the hour of 4:30 p.m., on the **23rd day of April, 2012**, with a copy of said objection(s) to be simultaneously served upon Scott R. Clar, Crane, Heyman, Simon, Welch & Clar, 135 South LaSalle, Suite 3705, Chicago, Illinois 60603.

PLEASE TAKE FURTHER NOTICE that a hearing on the Mandel Motion together with objections timely filed, if any, will be held before the Honorable Susan Pierson Sonderby, Bankruptcy Judge, Courtroom No. 642, 219 South Dearborn Street, Chicago, Illinois, on the **25th day of April, 2012**, at the hour of **10:00 a.m.**, at which time and place you may appear if you so see fit.

DATED: March 30, 2012

**DEBTOR'S COUNSEL:**
Scott R. Clar, Esq.(Atty. No. 06183741)
John H. Redfield (Atty. No. 2298090)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
W:\MJO2\Multiut Corp\Fee Notice - Final 11 Mandel.wpd

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
)  Case No. 09-17575
MULTIUT CORPORATION, an Illinois )  Chapter 7
  corporation, )  Judge Susan Pierson Sonderby
          Debtor. )

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant: <u>ALAN J. MANDEL LTD, Debtor's Chapter 11 Special Counsel</u>

Authorized to Provide
Professional Services to: <u>Debtor</u>

Date of Order
Authorizing Employment: <u>February 1, 2010</u>

Period for Which Compensation
is Sought:   From: <u>February 1, 2010</u>   through <u>May 12, 2011</u>

Amount of Fees Sought: <u>$71,653.75</u>

Amount of Expense
Reimbursement Sought: <u>$1,051.31</u>

This is a(n): Interim Application __   Final Application <u>X</u>
If this is not the first Application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed |
|---|---|---|---|
|  | 8/10/09 - 3/2/10 | $40,679.44* | $21,546.12 |
|  | 3/2/10 - 6/8/10 | $3,767.50* | $3,767.50 |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses herein is: $25,313.62

Date: <u>March 30, 2012</u>         Applicant:   <u>Alan J. Mandel Ltd.</u>

                                                            By: <u>/s/Scott R. Clar</u>
                                                                Debtor's Counsel

* The above-fees were rendered and awarded in connection with Mr. Mandel's services performed as special counsel for the Debtor in its Chapter 11 case.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09 B 17575 |
| MULTIUT CORPORATION ) | Hon. Susan Sonderby |
| ) | Hearing Date: March 7, 2012 |
| Debtor, ) | Time: 10:00 a.m. |
| ) | |

**ALAN J. MANDEL, LTD.'S MOTION FOR FINAL COMPENSATION FOR
ATTORNEYS' FEES AND EXPENSES
INCURRED IN CONNECTION WITH THE CHAPTER 11 ESTATE**

Alan J. Mandel and the law firm of Alan J. Mandel, Ltd. ("Mandel"), pursuant to sections 330 and 331 of title 11, United States Code ("Code"), requests this Court to enter an order (a) allowing final compensation in the amount of $24,178.75 in fees and $656.19 in expenses rendered on behalf of the Debtor's Chapter 11 estate from February 1, 2010 (i.e. the date upon which Mandel was appointed special counsel to the Chapter 11 Estate) through May 12, 2011 (i.e., the date the Chapter 11 case was converted to a Chapter 7 case) and (b) authorizing the Chapter 7 Trustee to pay such allowances out of the Chapter 7 Estate. In further support thereof, Mandel respectfully states as follows:

1. Multiut Corporation ("the Debtor") filed a petition for relief pursuant to Chapter 11 of the United States Bankruptcy Code on May 14, 2009 ("the Chapter 11 Estate").

2. Mandel was appointed as Special Counsel to the Chapter 11 Debtor in Possession on February 1, 2010.

3. On May 13, 2011, this case was converted to a Chapter 7 proceeding ("the Chapter 7 Estate").

4. On May 13, 2011, the United States Trustee appointed Barry Chatz as the trustee of the Chapter 7 estate.

5. During the interim, Mandel provided necessary and reasonable legal services to the Chapter 11 Debtor in connection with several matters, to wit:

   a. Chapter 11 General Administration. Since Mandel provided legal services to the Debtor for several years preceding the bankruptcy in numerous corporate and litigation matters, Mandel assisted the Debtor's primary counsel in various aspects of the day-to-day administration of the Chapter 11 Estate including review and assistance in the preparation of the Debtor's schedules and assisting in response to certain claims asserted against the Debtor.

   b. Confirmation Hearing. Mandel assisted the Debtor's primary counsel leading up to and during this Court's confirmation hearing on December 16, 2011 and continuing with representation concerning the Court's denial of the request to confirm the plan and various procedural matters concerning the conversation and Dynegy's motion to dismiss the Debtor's bankruptcy petition.

   c. Appeal of Adverse Judgment obtained by Dynegy Marketing and Trade. Mandel assisted another special counsel, Joseph E. Tighe, in connection with proceedings in the 7th Circuit Court of Appeals relating to a $22,000,000 judgment entered against the Debtor and the dismissal of the Debtor's counterclaims. Mandel participated in settlement negotiations with the Seventh Circuit's Settlement Coordinator, preparation of the

appellate brief and reply brief, and the oral argument relating to the appeal.

d. <u>Representation in Multi District Litigation involving Anti-trust claims against Dynegy Marketing and Trade</u>. During the relevant period, Mandel handled all aspects of the Debtor's representation in <u>In re Western States Wholesale Natural Gas Antitrust Litigation</u>, MDL Docket No. 1566, base case <u>Multiut Corp. v. Dynegy, Inc. and Dynegy Marketing & Trade</u>, No. 03-CV-01431-PMP (PAL)("the MDL").

e. <u>Preparation of Fee Petitions</u>. Mandel seeks payment for time expended in connection with the instant fee petition as well as two prior fee petitions before this Court for which the firm has not yet sought compensation (i.e., April, 2010 fee petition and February, 2012 fee petition in connection with representation on behalf of the Chapter 7 Trustee. (The fees sought in connection with the Chapter 7 fee petition are included in this petition out of administrative convenience.)

6. As demonstrated fully in the invoice attached hereto as Exhibit A. Mandel incurred fees and expenses for each of these tasks:

a. <u>Chapter 11 General Administration</u>. Mandel incurred $1,722.50 in fees in connection with that work. Mandel incurred 3.5 hours of attorney time and 0.66 hours of paralegal time.

b. <u>Confirmation Hearing</u>. Mandel incurred $11,308.75 in fees in connection with that work. Mandel incurred 27.7 hours of attorney time and 5.91 hours of paralegal time.

3

c. <u>Appeal of Adverse Judgment obtained by Dynegy Marketing and Trade</u>. Mandel incurred $8542.50 in fees in connection with that work. Mandel incurred 17.4 hours of attorney time and 12.66 hours of paralegal time.

d. <u>Representation in Multi-District Litigation involving Anti-trust claims against Dynegy Marketing and Trade</u>. Mandel incurred $526.25 in fees in connection with that work. Mandel incurred 0.80 hours of attorney time and 1.65 hours of paralegal time.

e. <u>Preparation of Fee Petitions</u>. Mandel incurred $2078.75 in fees in connection with that work. Mandel incurred 2.35 hours of attorney time and 9.11 hours of paralegal time.

7. In addition to the legal fees, Mandel incurred expenses of $656.19 in connection with the representation. Those expenses are itemized on Exhibit A, p. 4.

8. Mandel's time is billed at the rate of $400 per hour; the paraprofessional time was performed by William Sidney Parker at the rate of $125 per hour. Mandel respectfully submits that such rates are reasonable and have been previously approved (without objection by any creditor) in this case and the related case, <u>In Re Nachshon Draiman</u>, No. 09-17582.

9. All of the time expended and fees incurred were reasonable and necessary and provided value to the Debtor in Possession and the Chapter 11 Estate.

10. The instant fee application is the final such application made by Mandel in connection with his representation of the Chapter 11 Estate. As demonstrated on Exhibit A hereto, $ 1,165 is sought in connection with the preparation of the instant fee petition.

4

11. In addition to the instant fee petition, Mandel has previously filed a fee petition for services provided in connection with the MDL and this Court (Squires, J.) reserved ruling on $18,707.50 in fees billed to the Chapter 11 Estate. (See Order, July 13, 2010).

WHEREFORE, Alan J. Mandel requests the entry of an Order providing the following:

A. Allowing Alan J. Mandel, Ltd. compensation from the Chapter 7 Estate in the amount of $24,178.75 for actual and necessary professional services rendered and $656.19 in expenses incurred on behalf of the Debtor in Possession and the Chapter 11 Estate February 1, 2010 and May 12, 2011;

B. Further allowing Alan J. Mandel, Ltd. the $18,707.50 in fees which were presented in a prior fee petition and reserved by the Court on July 13, 2010;

C. Allowing a Chapter 11 Administrative Claim in the amounts of the fees and expenses identified in items A and B above.

D. Authorizing the Chapter 7 Trustee to pay Mandel the amounts allowed herein as an Administrative Expense Estate; and,

    E.    Granting such other and further relief as this Court deems appropriate.

Respectfully submitted,

CRANE, HEYMAN, SIMON,
WELCH & CLAR
Attorneys for Multiut Corporation, debtor

By:    /s/ Scott R. Clar

Scott R. Clar
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 South LaSalle Street, Suite 3705
Chicago, Illinois 60603
(312) 641-6777
Dated: March 30, 2012

6