# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MULTIUT CORP., | ) | Case No. 09-17575 |
| | ) | |
| Debtor. | ) | Honorable Susan Pierson Sonderby |
| | ) | |
| | ) | Hearing Date:  June 6, 2012 at 10:00 a.m. |

## NOTICE OF HEARING ON FIRST AND FINAL INTERIM FEE APPLICATION OF FREEBORN & PETERS LLP AS COUNSEL TO THE CHAPTER 7 TRUSTEE

To:    Service List

PLEASE TAKE NOTICE that on May 15, 2012, Freeborn & Peters LLP ("*F&P*") filed its *First and Final Interim Fee Application of Freeborn & Peters LLP as Counsel to the Chapter 7 Trustee* (the "*Application*") with the United States Bankruptcy Court for the Northern District of Illinois.  By the Application, F&P seeks entry of an order:  (a) allowing F&P $79,826.50 in compensation and $381.17 in reimbursable expenses for the period from June 1, 2011 through May 15, 2012 (the "*Fee Application Period*") as compensation for services rendered and expenses incurred on behalf of Barry A. Chatz, not individually but solely as the chapter 7 trustee (the "*Trustee*") of the above-referenced debtor; and (b) authorizing the Trustee to pay F&P $80,207.67, representing the amounts allowed hereunder.  A copy of the Application is available at the Court's CM/ECF website (https://ecf.ilnb.uscourts.gov/) or upon request to the undersigned counsel to the Trustee.

PLEASE TAKE FURTHER NOTICE THAT a hearing on the Application will take place before the Honorable Susan Pierson Sonderby of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, or whomever may be sitting in her place and stead, at 219 South Dearborn Street, Courtroom 642, Chicago, Illinois on  June 6, 2012 at 10:00 a.m.

Objections, if any, to the relief requested in the Application must be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois prior to the hearing on the Application.

At the same time, you should also serve a copy of the objection upon the following so as to be received prior to the hearing on the Application: Freeborn & Peters LLP, 311 South Wacker Dr., Suite 3000, Chicago, Illinois 60606 (Attn:  Richard S. Lauter).

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 15, 2012                    **FREEBORN & PETERS LLP**


By:         /s/ Richard S. Lauter
            Richard S. Lauter (No. 6182859)
            Freeborn & Peters LLP
            311 South Wacker Drive, Suite 3000
            Chicago, Illinois 60606
            Telephone:  312.360.6000
            Facsimile:  312.360.6520

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MULTIUT CORP., | ) | Case No. 09-17575 |
| | ) | |
| Debtor. | ) | Honorable Susan Pierson Sonderby |
| | ) | |
| | ) | Hearing Date: June 6, 2012 at 10:00 a.m. |

## CERTIFICATE OF SERVICE

I, Richard S. Lauter, an attorney, do hereby certify that on May 15, 2012, I caused the attached *Notice of Hearing on Application* to be served on all parties listed on the creditor matrix in the above-referenced matter via U.S. mail postage prepaid, and the *Notice of Hearing on Application* and *First and Final Interim Fee Application of Freeborn & Peters LLP as Counsel to the Chapter 7 Trustee* to be served on parties electronically via the CM/ECF system and via U.S. Mail postage prepaid as noted below.

_____/s/ Richard S. Lauter___

## SERVICE LIST

CM/ECF System Electronic Mail Notice List
The following is the list of parties who are currently on the list to receive e-mail notices for this case.

Peter Bartoszek pbartoszek@schiffhardin.com
Scott R Clar sclar@craneheyman.com
Larry D Drury ldrurylaw@aol.com
Eugene J Geekie, JR egeekie@schiffhardin.com
Tiffany R Harper tredding@schiffhardin.com
Jacqueline M Helmrick jhelmrick@agdglaw.com
Ayad P Jacob ajacob@schiffhardin.com
Richard S Lauter rlauter@freebornpeters.com
Karen Newbury knewbury@schiffhardin.com
Joel H Norton jnorton@rss-chtd.com
Lester A Ottenheimer, III lottenheimer@otrlaw.com
Michael L Ralph, Sr mralph@rss-chtd.com
Amy Rapoport arapoport@agdglaw.com
Peter J Roberts proberts@shawgussis.com
David J Schwab djschwab@rss-chtd.com
Thomas C. Wolford twolford@ngelaw.com

<u>U.S. Mail</u>

Barry A. Chatz
Arnstein & Lehr LLP
120 South Riverside Plaza, Suite 1200
Chicago, IL 60606-3910

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604

Judith S. Sherwin
Shepp & Sherwin
25 E Washington Ste 600
Chicago, IL 60602

Scott R Clar
Crane Heyman Simon Welch & Clar
135 S Lasalle Suite 3705
Chicago, IL 60603

Richard M. Fogel
Peter J. Roberts
Shaw Gussis et al
321 North Clark St.,Suite 800
Chicago, IL 60610

Joseph E Tighe
111 W. Washington St., No. 1100
Chicago, IL 60602

Kathryn M. Gleason
United States Trustee
219 S. Dearborn St. #873
Chicago, IL 60604

Barry Hyman
Eugene Geekie
Schiff Hardin LLP
233 S. Wacker Dr., Ste 6600
Chicago, IL 60606

Alan J. Mandel, Ltd.
7520 N. Skokie Blvd.
Skokie, IL 60076

Nachshon Draiman
Multiut Corp.
7514/20 N. Skokie Blvd.
Skokie, IL 60077-3342

Larry D. Drury
Larry D. Drury, Ltd.
100 N. LaSalle, #1010
Chicago, IL 60602

Joseph A. Baldi
Baldi, Berg & Wallace
19 S. LaSalle St., #1500
Chicago, IL 60603

Judith Sherwin
Shepp & Sherwin
25 E. Washington, #600
Chicago, IL 60602-1729

Thomas C. Wolford/Lee J. Eulgen
Neal, Gerber & Eisenberg LLP
2 N. LaSalle St.
Chicago, IL 60602-3882

Additional service of Notice of Hearing by U.S. Mail on all parties listed on the attached Creditor Matrix.

Label Matrix for local noticing
0752-1
Case 09-17575
Northern District of Illinois
Chicago
Mon May 14 11:41:51 CDT 2012

Chicago/Skokie ND SB1, LLC as successor in
c/o William J. Serritella, Jr.
Aronberg Goldgehn Davis & Garmisa
330 North Wabash, Suite 1700
Chicago, IL 60611-7765

Dynegy Marketing and Trade
1000 Louisiana Street
Suite 5800
Houston, TX 77002-5021

Freeborn and Peters
311 South Wacker Drive
Suite 3000
Chicago, IL 60606-6679

Multiut Corporation
7520 N. Skokie Blvd.
Skokie, IL 60077-3342

Neal, Gerber & Eisenberg LLP
Attn:  Thomas C. Wolford
Two North LaSalle Street
Suite 1700
Chicago, IL 60602-4000

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1704

AT&T /Comph
PO Box 8100
Aurora, IL 60507-8100

AT&T/MU
PO Box 8100
Aurora, IL 60507-8100

Alan J. Mandel, Ltd.
7520 N. Skokie Blvd.
Skokie, IL 60077-3342

Barry Hyman
Schiff Hardin & Waite
233 S. Wacker Dr., #6600
Chicago, IL 60606-6473

Chicago Community Kollel
6506 N. California Ave.
Chicago, IL 60645-4402

Chicago/Skokie ND SB1, LLC
Attn: Jacqueline M. Helmrick
330 N. Wabash, Suite 1700
Chicago, Illinois 60611-7765

Cole Taylor Bank
225 W Washington St
Chicago, IL 60606-2418

Cole Taylor Bank
c/o William J. Serritella, Jr.
Aronberg Goldgehn Davis & Garmisa
330 N. Wabash, Suite 1700
Chicago, IL 60611-7765

ComEd
Bill Payment Center
Chicago, IL 60668-0001

ComEd Co.
2100 Swift Drive
Attn.:  Bankruptcy Section/Revenue Mgmt.
OakBrook, IL 60523-1559

Crane, Heyman, Simon,Welch & Clar
135 S. LaSalle, #3705
Chicago, IL 60603-4101

Department of Treasury
Internal Revenue Service
Cincinnati, OH 45999-0205

Dun & Bradstreet
PO Box 75434
Chicago, IL 60675-5434

Dynegy Marketing & Trade
c/o Eugene J. Geekie, Jr. & Barry Hyman
Schiff Hardin LLP
233 S. Wacker Dr., Suite 6600
Chicago, IL 60606-6307

Dynegy Marketing and Trade
1000 Louisiana Street, #5800
Houston, TX 77002-5021

Future Associates as Agent for
Multiut/Human CompBenefits
7520 N. Skokie Blvd.
Skokie, IL 60077-3342

Future Associates as Agent for
Multiut/Unicare Health
7520 N. Skokie Blvd.
Skokie, IL 60077-3342

Greenberg Traurig
77 W. Wacker Dr., #2500
Chicago, IL 60601-1643

Greenberg Traurig, LLP
Attention: Matthew T. Gensburg, Esq.
77 W. Wacker Dr., Suite 3100
Chicago, IL 60601-4904

Hartford Fire Insurance Company
Bankruptcy Unit, T-1-55
Hartford Plaza
Hartford, CT 6115

Hartford Fire Insurance Company
Hank D Hoffman
Hartford Plaza
Hartford, CT 06115

Hebrew Theological College
7135 N. Carpenter Road
Skokie, IL 60077-3263

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

(p) INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Jack Gole
1118 N. State St.
Chicago, IL 60610-2718

Jack Gole
c/o Larry D. Drury
Larry D. Drury, Ltd.
100 North LaSalle Street
Chicago, IL 60602-3511

Jewish United Fund of Metro Chicago
Ben Gurion Way
30 S. LaSalle St.
Chicago, IL 60605-5056

Judy Frank
8338 Monticello St
Skokie, IL 60076-2828

Kineret Weiss
c/o: Future Associates
7520 N Skokie Blvd
Skokie, IL 60077-3342

LCF Associates
7514 N Skokie Blvd
Skokie, IL 60077-3377

Larry D Drury
100 N. LaSalle Street
Chicago, IL 60602-3511

Larry D. Drury
Larry D. Drury, Ltd.
100 N. LaSalle St., Ste. 1010
Chicago, IL 60602-3511

Law Offices of Alan Steinbrechter
515 S Flower St
Los Angeles, CA 90071-2201

Leland J. Cohn
7519 N. Lowell
Skokie, IL 60076-3831

Lindy Lou Gehl
4220 N Parkside Ave
Chicago, IL 60634-1825

Mesivtha Tifereth Jerusalem of Amer
145 E. Broadway
New York, NY 10002-6301

Nachshon Draiman
7514 N Skokie Blvd
Skokie, IL 60077-3377

Nachshon Drainman
7514 Skokie Blvd
Skokie, IL 60077-3377

Neal Gerber & Eisenberg
2 North LaSalle St
Chicago, IL 60602-3882

Neal, Gerber & Eisenberg LLP
2 N. LaSalle St.
Chicago, IL 60602-3882
Attn: Thomas C. Wolford/Lee J. Eulgen

Nicor
PO Box 1630
Aurora, IL 60507-1630

Norma Conde
8712 W Berwyn Apt 3E
Chicago, IL 60656-2312

Office of the U.S. Trustee
219 South Dearborn St.
Room 873
Chicago, IL 60604-2027

Phil Selman
c/o Lester A. Ottenheimer III
Ottenheimer Teplinsky Rosenbloom, LLC
750 Lake Cook Road, Suite 140
Buffalo Grove, Illinois 60089-2071

Philip Selman
c/o Lester A. Ottenheimer, III
Ottenheimer Rosenbloom, LLC
750 W. Lake Cook Road, Suite 140
Buffalo Grove, Illinois 60089-2071

Phillip Seiman
740 Kingsbridge Way
Buffalo Grove, IL 60089-1028

Phillip Selman
740 Kingsbridge Way
Buffalo Grove, IL 60089-1028

Phillip Selman
C/O Lester A. Ottenheimer, III
Ottenheimer Rosenbloom, LLC
750 W. Lake Cook Road Ste 140
Buffalo Grove, IL 60089-2071

Phillip Selman
c/o Ottenheimer Rosenbloom, LLC
750 W. Lake Cook Road, Suite 140
Buffalo Grove, IL 60089-2071

Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600

Rachel Lavenda
7141 N Kedzie Ave Apt 1116
Chicago, IL 60645-5812

Rafl Draiman
c/o: Future Associates
7520 N Skokie Blvd
Skokie, IL 60077-3342

Richard C. Balough
Attorney at Law
1 N. LaSalle St., Ste. 1910
Chicago, IL 60602-3927

Rita Grunfeld Slutsky
9204 N Menard Ave
Morton Grove, IL 60053-1562

Rogelio Sanchez
2529 Menard
Chicago, IL 60639-2324

Safeguard Business Systems
PO Box 429
Lake Forest, IL 60045-0429

Shefsky & Froelich
111 E. Wacker Dr., #2800
Chicago, IL 60601-4277

The Hartford/Business
PO Box 2907
Hartford, CT 06104-2907

The Hartford/Workers Comp
PO Box 2907
Hartford, CT 06104-2907

Trans Union/Monthly Fee
PO Box 95506
Chicago, IL 60690-7223

United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577

Wisconsin Institute for Torah Studies
3288 N Lake Drive
Milwaukee, WI 53211-3124

YisraeLink
3845 Oakton St.
Skokie, IL 60076-3429

Alan J Mandel
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle
Suite 3705
Chicago, IL 60603-4101

Barry A Chatz
Arnstein & Lehr
120 South Riverside Plaza Ste 1200
Chicago, IL 60606-3910

Jack Gore
c/o Larry D. Drury, Ltd.
205 West Randolph, Suite 1430
Chicago, IL 60606-1815

Judith S Sherwin
Shepp & Sherwin
25 E Washington Ste 600
Chicago, IL 60602-1729

Nachshon Draiman
7520 N. Skokie Blvd.
Skokie, IL 60077-3342

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Philip I Selman
740 Kingsbridge Way
Buffalo Grove, IL 60089-1028

Scott R Clar
Crane Heyman Simon Welch & Clar
135 S Lasalle Suite 3705
Chicago, IL 60603-4101

Scott R. Clar
Crame. Heyman, Simon, Welch & Clar
135 South LaSalle
Suite 3705
Chicago, IL 60603-4101

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Cole Taylor Bank, c/o William J. Serritell          (u)Crane, Heyman Simon, Welch & Clar          (u)Jewish United Fund of Metro Chicago

(u)NDSB1,LLC                                           (u)Shefsky & Froelich Ltd                    (u)David Bojan

(u)Joseph E Tighe                                      (du)Joseph E Tighe                            (u)Leland Cohn

(u)Richard C. Balough                                  (u)Richard M Fogel                           (u)Thomas C. Cronin
                                                                                                    Cronin & Co., Ltd

End of Label Matrix
Mailable recipients    78
Bypassed recipients    12
Total                  90

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MULTIUT CORP., | ) | Case No. 09-17575 |
| | ) | |
| Debtor. | ) | Honorable Susan Pierson Sonderby |
| | ) | |
| | ) | Hearing Date:  June 6, 2012 at 10:00 a.m. |

### FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF <u>FREEBORN & PETERS LLP AS COUNSEL TO THE CHAPTER 7 TRUSTEE</u>

| | |
|---|---|
| Name of Applicant | Freeborn & Peters LLP |
| Authorized to Provide Professional Services to: | Barry A. Chatz, not individually but solely as Chapter 7 Trustee |
| Date of Order Authorizing Employment: | June 21, 2011 (retroactive to June 1, 2011) |
| Period for Which Compensation and Reimbursement is Sought: | June 1, 2011 through May 15, 2012 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $79,826.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $381.17 |

This is a(n):  _____ interim    __X__final application

This is the first and final fee application filed herein by this professional.

Dated:  May 15, 2012                          Respectfully submitted,

                                              FREEBORN & PETERS LLP


                                              By:  /s/ Richard S. Lauter
                                                  Richard S. Lauter (No. 6182859)
                                                  FREEBORN & PETERS LLP
                                                  311 South Wacker Drive, Suite 3000
                                                  Chicago, Illinois 60606
                                                  Tel:  (312) 360-6000
                                                  Fax:  (312) 360-6520
                                                  ahammer@freebornpeters.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MULTIUT CORP., | ) | Case No. 09-17575 |
| | ) | |
| Debtor. | ) | Honorable Susan Pierson Sonderby |
| | ) | |
| | ) | **Hearing Date:** June 6, 2012 at 10:00 a.m. |

**FIRST AND FINAL FEE APPLICATION OF**
**FREEBORN & PETERS LLP AS COUNSEL TO THE CHAPTER 7 TRUSTEE**

Freeborn & Peters LLP ("*F&P*") as counsel to Barry A. Chatz, not individually, but solely as the chapter 7 trustee (the "*Trustee*"), appointed in the above-captioned chapter 7 case, hereby submits the First and Final Fee Application of F&P as counsel to the Trustee (the "*Final Fee Application*"), and in support thereof states as follows:

**RELEVANT BACKGROUND**

1.      On May 14, 2009 (the "*Petition Date*"), the Multiut Corporation ("*Multiut*" or the "*Debtor*") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*") in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division.

2.      On February 16, 2010, the Debtor filed its Modified Chapter 11 Plan of Reorganization (the "*Plan*") and accompanying First Amended Disclosure Statement.

3.      On April 19, 2011, the Court denied confirmation of the Debtor's Plan, and on May 13, 2011, the Case was converted to a case under chapter 7 of the Bankruptcy Code.

4.      On May 16, 2011, the Office of the United States Trustee appointed Barry A. Chatz as interim Trustee for the Debtor's estate (the "*Estate*").

1

5.       On June 13, 2011, Freeborn & Peters LLP ("*F&P*") filed an Application For Order Authorizing Chapter 7 Trustee to Retain and Employ Freeborn & Peters LLP (the "*Employment Application*") and on June 21, 2011, this Court approved the Employment Application retroactively to June 1, 2011.

## JURISDICTION AND VENUE

6.       The Court has jurisdiction over this matter pursuant to sections 1334 and 157(a) of title 28 of the United States Code and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.  This is a core proceeding pursuant to section 157(b)(2) of title 28 of the United States Code.  Venue is proper in this district pursuant to sections 1408 and 1409 of title 28 of the United States Code.

7.       The statutory predicates for the relief requested herein are sections 330, 331, 503(b), and 507(a)(1) of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), and Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "*Local Rules*").

## RELIEF REQUESTED

8.       By this Final Fee Application, F&P seeks an order (1) allowing on a final basis, $79,826.50 in compensation and $381.17 in reimbursable expenses for the period of June 1, 2011 through and including May 15, 2012 (the "*Fee Application Period*") as chapter 7 administrative expenses of the Estate pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code; and (2) authorizing payment to F&P of $80,207.67, representing all unpaid, non-deferred amounts owing to F&P on account of the Final Fee Application.

## FEES AND EXPENSES INCURRED BY F&P

9.    This Final Fee Application reflects services rendered, and expenses incurred, by F&P on behalf of the Trustee during the Fee Application Period.  This Final Fee Application represents F&P's first and final request for allowance of compensation and reimbursement of expenses for services rendered on behalf of the Trustee.

10.    During the Fee Application Period, F&P performed services on behalf of the Trustee in the aggregate amount of $79,826.50 and incurred expenses in the amount of $381.17, for a total of $80,207.67.

## DISCUSSION

11.    Section 330(a) of the Bankruptcy Code provides, in pertinent part, that:

[T]he court may award . . . reasonable compensation for actual, necessary services rendered by the . . . attorney and by any paraprofessional person . . . and . . . reimbursement for actual, necessary expenses. . . . In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including – (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under [the Bankruptcy Code]; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and (E) whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

12.    The Seventh Circuit Court of Appeals has stated that:

The computation of hourly fees depends on the number of hours "reasonably" expended, the hourly rate of each [professional], the calculation of the time value of money (to account for delay in payment), potential increases and decreases to account for risk and the results obtained, and a complex of other considerations under the heading of "billing judgment."

*Kirchoff v. Flynn*, 786 F.2d 320, 325 (7th Cir. 1986). Additionally, other courts of appeal have recognized that:

> [I]t is important for the court to maintain a sense of overall proportion and not become enmeshed in meticulous analysis of every detailed facet of the professional representation. It is easy to speculate in retrospect that the work could have been done in less time or with fewer attorneys or with an associate rather than a partner. On the other hand, it is also possible that [the client] would not have enjoyed the success it did had its counsel managed matters differently.

*Boston and Main Corp. v. Moore*, 776 F.2d 2, 10 (1st Cir. 1985) (citations omitted).

13.    In reviewing the Final Fee Application, the Court should be guided by the Seventh Circuit's instruction to ascertain whether such services were rendered and billed in accordance with the established market for legal services in similar matters:

> [I]t is not the function of judges in fee litigation to determine the equivalent of the medieval just price. It is to determine what the lawyer would receive if he was selling his services in the market rather than being paid by court order.

*In re Continental Illinois Securities Litigation*, 962 F.2d 566, 568 (7th Cir. 1992); *see Mann v. McCombs (In re McCombs)*, 751 F.2d 286, 288 (8th Cir. 1984) (section 330 "is meant to encourage high standards of professional legal practice in the bankruptcy courts. . . . Bankruptcy courts must consider whether the fee awards are commensurate with fees for professional services in non-bankruptcy cases, thus providing sufficient economic incentive to practice in bankruptcy courts.").

14.    In *Continental Securities*, the Seventh Circuit found error in the lower court's practice of: (a) placing ceilings on the hourly rates of all lawyers; (b) refusing to allow paralegal services to be compensated at market rate; (c) refusing to award a risk multiplier; (d) making large across-the-board cuts in research time; (e) making large across-the-board cuts in conference

4

time; and (f) refusing to allow attorneys to bill computerized legal research services (*e.g.*, LEXIS). *Continental Illinois Securities Litigation*, 962 F.2d at 568-70.

15.     In evaluating the Final Fee Application, the Court should consider the novelty and difficulty of the issues presented, the skill required to perform the legal services properly, the preclusion of other employment caused by F&P's retention in this case, the customary fees charged in similar cases, the existence of time limits under which the services were rendered, the results obtained, the experience and ability of the attorneys involved, and the amount of awards of compensation in similar cases. *See In re Alberto*, 121 B.R. 531, 534 (Bankr. N.D. Ill. 1990).

16.     F&P's hourly rates of compensation for those attorneys and paraprofessionals during the Final Fee Application Period range from $205 to $780.  However, no attorney with a rate greater than $595 performed services on behalf of the Trustee.  Those rates are comparable to rates charged by other practitioners having the same amount of experience, expertise, and standing for similar services in the jurisdiction in which the services were rendered, the Northern District of Illinois.  F&P consistently and consciously made every reasonable effort to represent the Trustee in the most economical, efficient, and practical manner possible.

17.     The hourly rates in this case are identical to, or less than, those charged by F&P for similar or identical services provided by them in other bankruptcy or non-bankruptcy matters and cases during the Fee Application Period.

18.     During the Fee Application Period, F&P made every reasonable effort to have the services it rendered to the Trustee performed by those qualified attorneys and paraprofessionals charging the lowest hourly rates, consistent with the level of service, experience, and efficiency required of a given task.

19.     All of the fees and expenses for which F&P requests allowance and payment of compensation and reimbursement relate to the Fee Application Period, and were rendered in connection with the Case, at the Trustee's request, and in the discharge of F&P's professional responsibilities as counsel to the Trustee.  F&P respectfully submits that the legal services that it provided to the Trustee during the Fee Application Period were, in all respects, reasonable, necessary, and beneficial to the Estate.

20.     A summary of the compensation requested herein regarding each of F&P's professionals and paraprofessionals is set forth below:

| Timekeeper | Title | Illinois Bar Admission | 2011 Hourly Rate | 2011 Hours | 2012 Hourly Rate | 2012 Hours | Total Hours | Compensation Requested |
|---|---|---|---|---|---|---|---|---|
| Brandess, Michael | Associate | 2009 | $275.00 | 26.4 | N/A | N/A | 26.4 | $7,260.00 |
| Eggert, Devon | Associate | 2006 | $310.00 | 1.0 | $350.00 | 10.7 | 11.7 | $4,055.00 |
| Fabian, Kellye | Partner | 2000 | $425.00 | 8.3 | N/A | N/A | 8.3 | $3,527.50 |
| Fawkes, Thomas | Partner | 2002 | $495.00 | 0.2 | N/A | N/A | 0.2 | $99.00 |
| Hazdra, Jacqueline | Paralegal | N/A | N/A | N/A | $205.00 | 2.1 | 2.1 | $430.50 |
| Jackiw, Brian | Associate | 2008 | N/A | N/A | $305.00 | 10.8 | 10.8 | $3,294.00 |
| Lauter, Richard | Partner | 1982 | $575.00 | 70.2 | $595.00 | 19.0 | 89.2 | $51,670.00 |
| Mattson, Jeff | Partner | 1990 | $535.00 | 2.3 | N/A | N/A | 2.3 | $1,230.50 |
| Morris, Wendy | Associate | 2003 | $330.00 | 0.7 | $350.00 | 11.4 | 12.1 | $4,221.00 |
| Sheldon, Katie | Paralegal | N/A | $220.00 | 6.2 | $250.00 | 10.7 | 16.9 | $4,039.00 |
| | | | | | | TOTALS: | 180.0 | $79,826.50 |
| | | | | | | BLENDED RATE: | | $443.48 |

21.     No agreement or understanding exists between F&P and any other person for the sharing of compensation received or to be received in connection with this chapter 7 case, other than as disclosed or authorized pursuant to the Bankruptcy Code, Bankruptcy Rules, and the Local Rules.

22.    F&P reserves the right to correct, amend, or supplement this Final Fee Application, including, without limitation, to seek payment of fees in the event this Final Fee Application is not approved in full.

## SERVICES PERFORMED

23.    This Final Fee Application sets forth in detail the work performed by F&P and the time spent during the Fee Application Period, including, but not limited to (a) the Trustee's motion to sell property under section 363, (b) the Trustee's motion to extend the operating agreement, (c) negotiating and settling disputes, (d) setting claims bar dates, and (e) resolving claims objection matters.  A summary of the tasks performed during the Fee Application Period are broken down by project category and discussed below.

**A.    General                                    $11,167.50**

24.    F&P spent 24.1 hours at a cost of $11,167.50 on general matters.  This category primarily includes time spent reviewing incoming pleadings, correspondence, and notices, preparing for and attending Court hearings on general case matters, corresponding with parties-in-interest concerning general case matters, and performing other necessary tasks typically associated with a trustee representation (including performing court filings, maintaining and updating dockets, calendars, and retrieving necessary documents).  Finally, this category includes matters which encompass more than one discrete category.  F&P's detailed time records for this category are attached hereto and incorporated herein as *Exhibit A*.

**B.      Investigation of Operations                        $632.50**

25.      F&P spent 1.1 hours at a cost of $632.50 on investigation of operations.  This

category primarily includes time spent reviewing the Debtor's schedules of assets and liabilities

and additional background information regarding the Debtor's financial affairs.  F&P's detailed

time records for this category are attached hereto and incorporated herein as *Exhibit B*.

**C.      F&P Retention and Fee Applications                 $5,912.50**

26.      F&P spent 19.5 hours at a cost of $5,912.50 on F&P retention and fee

applications matters.  This category includes time for preparing and filing F&P's Employment

Application and declaration in support thereof, which constitutes 3.8 hours and $1,006.50.  This

category also includes time spent preparing this final fee application, which accounts for 15.7

hours and $4,906.00 of the amounts in this category.  F&P's detailed time records for this

category are attached hereto and incorporated herein as *Exhibit C*.

**D.      Asset Sales                                        $8,492.50**

27.      F&P spent 17.6 hours at a cost of $8,492.50 on asset sale matters.  Time spent in

this category includes drafting the motion to sell substantially all of the Debtor's assets,

reviewing and editing the asset purchase agreement, attending the sale hearing, and analyzing

documents regarding the assignment of membership interests.  F&P's detailed time records are

attached hereto and incorporated herein as *Exhibit D*.

8

**E.      Litigation**                                                  **$38,645.50**

28.      F&P spent 77.6 hours at a cost of $38,645.50 on litigation matters.  Time spent in this category includes analyzing and settling multi-district litigation the Debtor commenced against Dynegy Marketing & Trade ("*Dynegy*") for price manipulation claims and a separate anti-trust litigation against Dynegy, and attending hearings in those matters.  Time in this category also includes analyzing and resolving potential claims against Greenberg Traurig LLP ("*Greenberg Traurig*").  F&P's efforts in this category resulted in recovering $60,000 for the Debtor's estate and settling substantial claims held by Dynegy against the estate.  F&P's detailed time records are attached hereto and incorporated herein as *Exhibit E*.

**F.      Claims Analysis and Objections**                              **$12,870.50**

29.      F&P spent 35.2 hours at a cost of $12,870.50 on claims analysis issues and related objections.  Time spent in this category includes drafting a motion and notice to set claims bar dates, analyzing certain claims, and preparing and handling certain claims objections.  F&P's detailed time records are attached hereto and incorporated herein as *Exhibit F*.

**G.      Other Fee Applications**                                      **$2,105.50**

30.      F&P spent  4.9 hours at a cost of $2,105.50 on other fee application issues.  Time spent in this category includes reviewing the applications for compensation of Joseph Tighe and Alan Mandel and attending the hearings on those applications.  F&P's detailed time records are attached hereto and incorporated herein as *Exhibit G*.

## <u>REASONABLE EXPENSES INCURRED</u>

31.      Detailed itemizations of all expenses incurred are set forth in *Exhibit H*.  Expenses during the Fee Application Period were incurred in the following general categories:

a)    <u>Postage</u>:  F&P incurred  postage expenses of $199.17 in connection with, *inter alia*, serving pleadings on parties-in-interest in this case.  F&P makes no profit on these expenses.

b)    <u>Photocopying</u>:  F&P incurred copying and printing charges of $182.00.  F&P charges bankruptcy clients $0.10 per page and maintains a record of in-house copies made through a computerized system.  This procedure requires an operator to key in a client's code number on a keypad attached to the copier.  For large projects, F&P uses outside copy services for purposes of efficiency and charges amounts actually incurred.  No such outside copying service was used in this case.

32.    All expenses incurred by F&P in connection with its representation of the Trustee were ordinary and necessary expenses.  All expenses billed to the Trustee were billed in the same manner as F&P bills non-bankruptcy clients.

33.    F&P does not bill its clients or seek compensation in this Final Fee Application for certain overhead expenses, such as local and long-distance telephone calls, secretarial services, and facsimile transmissions.  Such expenses are factored into F&P's hourly rates.  F&P has not included certain other charges described herein in its overhead because it has determined that it is fairer to its smaller clients who use proportionately less of these services to have these expenses billed separately.

### **<u>BENEFIT TO THE ESTATE</u>**

34.    F&P submits that the legal services summarized herein have, in all respects, been reasonable, necessary, and beneficial to the estate.  Accordingly, F&P respectfully requests allowance of all amounts requested herein.

**NOTICE**

35.     Pursuant to Bankruptcy Rule 2002(a)(6), twenty-one days' notice of this Final Fee

Application has been provided to: (a) the Debtor; (b) the Office of the United States Trustee; (c)

the chapter 7 trustee; (d) all parties who have filed a request to receive notice pursuant to

Bankruptcy Rule 2002, and (e) all creditors and parties-in-interest listed on the Debtor's creditor

matrix.

WHEREFORE, F&P respectfully requests that the Court enter an Order:

a)      allowing F&P $79,826.50 in compensation on a final basis for the Fee

Application as chapter 7 administrative expenses of the Debtor's estate pursuant to sections

503(b) and 507(a)(1) of the Bankruptcy Code;

b)      allowing F&P $381.17 in reimbursable expenses on a final basis for the Fee

Application Period as chapter 7 administrative expenses of the Debtor's estate pursuant to

sections 503(b) and 507(a)(1) of the Bankruptcy Code;

c)      authorizing the Trustee to pay F&P of $80,207.67, representing all unpaid

amounts owing to F&P on account of the Final Fee Application; and

d)      granting such other and further relief as the Court deems just and proper.


Dated:  May 15, 2012                          **FREEBORN & PETERS LLP**


By:     /s/Richard S. Lauter
        Richard S. Lauter, Esq. (6182859)
        FREEBORN & PETERS LLP
        311 South Wacker Drive, Suite 3000
        Chicago, Illinois 60606
        Telephone:  312.360.6000
        Facsimile:   312.360.6520