UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>MULTIUT CORP.<br><br><br>Debtor(s) | BK No.: 09-17575<br><br>Chapter: 7<br>Honorable Timothy A. Barnes |

**ORDER APPROVING FINAL COMPENSATION FOR ATTORNEYS' FEES AND EXPENSES INCURRED TO ALAN J. MANDEL LTD., SPECIAL COUNSEL TO TRUSTEE**

THIS MATTER COMING TO BE HEARD upon the motion of ALAN H. MANDEL, LTD., Debtor's Chapter 11 Special Counsel, pursuant to Sections 330 and 331 of the Bankruptcy Code for final allowance of attorneys' fees and reimbursement of expenses to Alan J. Mandel, Ltd. ("Mandel"); proper notice having been provided; no objections having been interposed; and this Court being fully advised in the premises.

IT IS HEREBY ORDERED, in accordance with this Court's Memorandum Order of June 5, 2012 as follows:

A) Mandel is allowed final compensation for his representation of the Trustee during the period August 15, 2010 through January 31, 2011 in the amount of $18,707.50;

B) Mandel is allowed final compensation for his representation of the Trustee during the period February 1, 2011 through May 12, 2012 in the amount of $19,575.31;

C) Mandel is allowed expenses incurred during the period February 1, 2011 through May 12, 2012 in the amount of $631.29; and

D) The Chapter 7 Trustee is hereby authorized to pay such amounts as administrative expenses of the Chapter 11 Estate.

Enter:

Dated: 25 JUN 2012

United States Bankruptcy Judge

**Prepared by:**
SCOTT R. CLAR
(Atty. No. 6183741)
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle, #3705
Chicago, IL 60603
(312) 641-6777
\mjo2\multiut\pay mandel - admin expense.ord

Rev: 20120501_bko