UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MULTIUT CORPORATION | § | Case No. 09-17575 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    U.S. BANKRUPTCY COURT, 219 S. DEARBORN ST., CHICAGO, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on Tuesday, October 7, 2014 in Courtroom 613, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

    If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/09/2014      By: /s/ Barry A. Chatz, Trustee
                                                       Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 09-17575-TAB
Multiut Corporation                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales          Page 1 of 3          Date Rcvd: Sep 10, 2014
                    Form ID: pdf006          Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2014.

```
db            +Multiut Corporation,    7520 N. Skokie Blvd.,    Skokie, IL 60077-3342
aty           +Judith S Sherwin,    Shepp & Sherwin,    25 E Washington Ste 600,    Chicago, IL 60602-1729
13917903       AT&T /Comph,    PO Box 8100,    Aurora, IL 60507-8100
13917902      +Alan J. Mandel, Ltd.,    7520 N. Skokie Blvd.,    Skokie, IL 60077-3342
13917905      +Barry Hyman,    Schiff Hardin & Waite,    233 S. Wacker Dr., #6600,    Chicago, IL 60606-6473
13917906      +Chicago Community Kollel,    6506 N. California Ave.,    Chicago, IL 60645-4402
16025011      +Chicago/Skokie ND SB1, LLC,    Attn: Jacqueline M. Helmrick,    330 N. Wabash, Suite 1700,
                Chicago, Illinois 60611-7765
14706898      +Cole Taylor Bank,    c/o William J. Serritella, Jr.,    Aronberg Goldgehn Davis & Garmisa,
                330 N. Wabash, Suite 1700,    Chicago, IL 60611-7765
14124798      +Cole Taylor Bank,    225 W Washington St,    Chicago, IL 60606-3492
18649236      +Crane, Heyman, Simon,Welch & Clar,    135 S. LaSalle, #3705,    Chicago, IL 60603-4101
13917909       Dun & Bradstreet,    PO Box 75434,    Chicago, IL 60675-5434
14710697      +Dynegy Marketing & Trade,    c/o Eugene J. Geekie, Jr. & Barry Hyman,    Schiff Hardin LLP,
                233 S. Wacker Dr., Suite 6600,    Chicago, IL 60606-6307
13917910      +Dynegy Marketing and Trade,    1000 Louisiana Street, #5800,    Houston, TX 77002-5021
13917912      +Future Associates as Agent for,    Multiut/Human CompBenefits,    7520 N. Skokie Blvd.,
                Skokie, IL 60077-3342
13917911      +Future Associates as Agent for,    Multiut/Unicare Health,    7520 N. Skokie Blvd.,
                Skokie, IL 60077-3342
13917913      +Greenberg Traurig,    77 W. Wacker Dr., #2500,    Chicago, IL 60601-1643
14581149       Hartford Fire Insurance Company,    Bankruptcy Unit, T-1-55,    Hartfort Plaza,
                Hartford, CT 6115
18720663       Hartford Fire Insurance Company,    Hank D Hoffman,    Hartford Plaza,    Hartford, CT 06115
13917914      +Hebrew Theological College,    7135 N. Carpenter Road,    Skokie, IL 60077-3263
14465136       Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                Chicago, IL 60664-0338
14704335      +Jack Gore,    c/o Larry D. Drury,    Larry D. Drury, Ltd.,    100 North LaSalle Street,
                Chicago, IL 60602-3511
13917916      +Jack Gore,    1118 N. State St.,    Chicago, IL 60610-2718
13917917       Jewish United Fund of Metro Chicago,    Ben Gurion Way,    30 S. LaSalle St.,
                Chicago, IL 60605-5056
14124799      +Judy Frank,    8338 Monticello St,    Skokie, IL 60076-2828
14124800      +Kineret Weiss,    c/o: Furture Associates,    7520 N Skokie Blvd,    Skokie, IL 60077-3342
14124811      +LCF Associates,    7514 N Skokie Blvd,    Skokie, IL 60077-3377
14124809      +Larry D Drury,    100 N. LaSalle Street,    Chicago, IL 60602-3511
17677427      +Larry D. Drury,    Larry D. Drury, Ltd.,    100 N. LaSalle St., Ste. 1010,
                Chicago, IL 60602-3511
14124810      +Law Offices of Alan Steinbrechter,    515 S Flower St,    Los Angeles, CA 90071-2201
13917919      +Mesivtha Tifereth Jerusalem of Amer,    145 E. Broadway,    New York, NY 10002-6301
14124812      +Nachshon Draiman,    7514 N Skokie Blvd,    Skokie, IL 60077-3377
14124816      +Nachshon Drainman,    7514 Skokie Blvd,    Skokie, IL 60077-3377
14124813      +Neal Gerber & Eisenberg,    2 North LaSalle St,    Chicago, IL 60602-3882
14401603      +Neal, Gerber & Eisenberg LLP,    2 N. LaSalle St.,    Chicago, IL 60602-3882,
                Attn:  Thomas C. Wolford/Lee J. Eulgen
13917920      +Nicor,    PO Box 1630,    Aurora, IL 60507-1630
14124802      +Norma Conde,    8712 W Berwyn Apt 3E,    Chicago, IL 60656-2312
14045768      +Phil Selman,    c/o Lester A. Ottenheimer III,    Ottenheimer Teplinsky Rosenbloom, LLC,
                750 Lake Cook Road, Suite 140,    Buffalo Grove, Illinois 60089-2071
17376902      +Philip Selman,    c/o Lester A. Ottenheimer, III,    Ottenheimer Rosenbloom, LLC,
                750 W. Lake Cook Road, Suite 140,    Buffalo Grove, Illinois 60089-2071
14124804      +Phillip Seiman,    740 Kingsbridge Way,    Buffalo Grove, IL 60089-1028
14124814      +Phillip Selman,    740 Kingsbridge Way,    Buffalo Grove, IL 60089-1028
14124803      +Phillip Selman,    C/O Lester A. Ottenheimer, III,    Ottenheimer Rosenbloom, LLC,
                750 W. Lake Cook Road Ste 140,    Buffalo Grove, IL 60089-2071
18607268      +Phillip Selman,    c/o Ottenheimer Rosenbloom, LLC,    750 W. Lake Cook Road, Suite 140,
                Buffalo Grove, IL 60089-2071
13917921       Quill Corporation,    PO Box 37600,    Philadelphia, PA 19101-0600
14124808      +Rachel Lavenda,    7141 N Kedzie Ave Apt 1116,    Chicago, IL 60645-5812
14124805      +Rafl Draiman,    c/o: Future Associates,    7520 N Skokie Blvd,    Skokie, IL 60077-3342
13917922      +Richard C. Balough,    Attorney at Law,    1 N. LaSalle St., Ste. 1910,    Chicago, IL 60602-3927
14124806      +Rita Grunfeld Slutsky,    9204 N Menard Ave,    Morton Grove, IL 60053-1562
14124807      +Rogelio Sanchez,    2529 Menard,    Chicago, IL 60639-2324
13917923      +Safeguard Business Systems,    PO Box 429,    Lake Forest, IL 60045-0429
13917924      +Shefsky & Froelich,    111 E. Wacker Dr., #2800,    Chicago, IL 60601-4209
13917926       The Hartford/Workers Comp,    PO Box 2907,    Hartford, CT 06104-2907
13917927       Trans Union/Monthly Fee,    PO Box 95506,    Chicago, IL 60690-7223
13917928       United Parcel Service,    Lockbox 577,    Carol Stream, IL 60132-0577
14124815      +Wisconsin Institute for Torah Studies,    3288 N Lake Drive,    Milwaukee, WI 53211-3124
13917929      +YisraeLink,    3845 Oakton St.,    Skokie, IL 60076-3429
```

```
District/off: 0752-1          User: ccabrales            Page 2 of 3              Date Rcvd: Sep 10, 2014
                              Form ID: pdf006            Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13917907        E-mail/Text: legalcollections@comed.com Sep 11 2014 01:01:51      ComEd,    Bill Payment Center,
                 Chicago, IL 60668-0001
14113141       +E-mail/Text: legalcollections@comed.com Sep 11 2014 01:01:51      ComEd Co.,    2100 Swift Drive,
                 Attn.: Bankruptcy Section/Revenue Mgmt.,    OakBrook, IL 60523-1559
13917908        E-mail/Text: cio.bncmail@irs.gov Sep 11 2014 00:59:57      Department of Treasury,
                 Internal Revenue Service,    Cincinnati, OH 45999-0205
14710285       +E-mail/Text: cardonicka@gtlaw.com Sep 11 2014 01:00:10      Greenberg Traurig, LLP,
                 Attention: Matthew T. Gensburg, Esq.,    77 W. Wacker Dr., Suite 3100,    Chicago, IL 60601-4904
17384213       +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Sep 11 2014 01:00:27      Office of the U.S. Trustee,
                 219 South Dearborn St.,    Room 873,   Chicago, IL 60604-2027
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Joseph E Tighe
13917915*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    Mail Stop 5010 CHI,
                 230 S. Dearborn Street,    Chicago, IL 60604)
13917904       ##AT&T/MU,    PO Box 8100,   Aurora, IL 60507-8100
13917918       ##Leland J. Cohn,    7519 N. Lowell,    Skokie, IL 60076-3831
14124801       ##+Lindy Lou Gehl,    4220 N Parkside Ave,    Chicago, IL 60634-1825
13917925       ##+The Hartford/Business,    PO Box 2907,    Hartford, CT 06104-2907
                                                                                TOTALS: 1, * 1, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2014                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2014 at the address(es) listed below:
```
              Amy Rapoport    on behalf of Creditor    Cole Taylor Bank, c/o William J. Serritella, Jr.
               arapoport@agdglaw.com,    wserritella@agdglaw.com;jcole@agdglaw.com
              Amy Rapoport    on behalf of Creditor    Chicago/Skokie ND SB1, LLC, as successor in interest to
               Cole Taylor Bank arapoport@agdglaw.com,    wserritella@agdglaw.com;jcole@agdglaw.com
              Ayad P Jacob    on behalf of Creditor    Dynegy Marketing and Trade ajacob@schiffhardin.com
              Barry A Chatz     bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              David J Schwab    on behalf of Stockholder Nachshon  Draiman djschwab@rss-chtd.com,
               sgururajan@rss-chtd.com;vkingsley@rrs-chtd.com;dcasey@rss-chtd.com;jtolemy@rss-chtd.com;jobereiner@rss-chtd.com
              Eugene J Geekie, JR    on behalf of Creditor    Dynegy Marketing and Trade egeekie@freeborn.com,
               bkdocketing@freeborn.com
              Jacqueline M Helmrick    on behalf of Creditor    Cole Taylor Bank, c/o William J. Serritella, Jr.
               jhelmrick@agdglaw.com,    wserritella@agdglaw.com
              Joel H Norton    on behalf of Stockholder Nachshon  Draiman jnorton@rss-chtd.com,
               dcasey@rss-chtd.com;jtolemy@rss-chtd.com;jobereiner@rss-chtd.com;vkingsley@rrs-chtd.com
              Karen Newbury    on behalf of Creditor    Dynegy Marketing and Trade knewbury@schiffhardin.com,
               edocket@schiffhardin.com;rkaferly@schiffhardin.com
              Larry D Drury    on behalf of Creditor Jack  Gore ldrurylaw@aol.com
              Lester A Ottenheimer, III    on behalf of Creditor Philip I Selman lottenheimer@olawgroup.com,
               nfishkin@olawgroup.com
```

```
District/off: 0752-1          User: ccabrales         Page 3 of 3               Date Rcvd: Sep 10, 2014
                              Form ID: pdf006         Total Noticed: 60
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Michael L Ralph, Sr   on behalf of Stockholder Nachshon  Draiman mralph@rss-chtd.com, sgururajan@rss-chtd.com;vkingsley@rrs-chtd.com;dcasey@rss-chtd.com;jtolemy@rss-chtd.com;jobereiner@rss-chtd.com
      Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
      Peter  Bartoszek   on behalf of Creditor   Dynegy Marketing and Trade pbartoszek@schiffhardin.com, edocket@schiffhardin.com
      Peter J Roberts   on behalf of Trustee Richard M Fogel proberts@shawfishman.com
      Richard S Lauter   on behalf of Trustee Barry A Chatz rlauter@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com
      Richard S Lauter   on behalf of Attorney    Freeborn and Peters rlauter@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com
      Scott R Clar   on behalf of Debtor    Multiut Corporation sclar@craneheyman.com, mjoberhausen@craneheyman.com;asimon@craneheyman.com
      Thomas C. Wolford   on behalf of Creditor    Neal, Gerber & Eisenberg LLP twolford@ngelaw.com, ecfdocket@ngelaw.com;mmirkovic@ngelaw.com
      Tiffany R Harper   on behalf of Creditor   Dynegy Marketing and Trade tredding@schiffhardin.com, pfleming@polsinelli.com
      W. Erin Morris-Campbell   on behalf of Trustee Barry A Chatz wmorris@morriscampbell.com, wmorris@threesixtylegal.com

                                                                                                     TOTAL: 21