# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                          §
                                                §
MULTIUT CORPORATION                             §        Case No. 09-17575
                                                §
                        Debtor(s)               §

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter        of the United States Bankruptcy Code was filed on
      . The case was converted to one under Chapter 7 on                . The
undersigned trustee was appointed on                .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

        Funds were disbursed in the following amounts:

        Payments made under an interim
        disbursement
        Administrative expenses
        Bank service fees
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]             $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/BARRY A. CHATZ_____
                                     Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

Exhibit A

| | |
|---|---|
| Case No: | 09-17575   TAB   Judge: TIMOTHY A. BARNES |
| Case Name: | MULTIUT CORPORATION |
| For Period Ending: | 10/01/14 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Date Filed (f) or Converted (c): | 05/13/11 (c) |
| 341(a) Meeting Date: | 06/29/11 |
| Claims Bar Date: | 09/27/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. ACCOUNTS RECEIVABLE | 4,144,745.35 | 0.00 | | 79,830.57 | FA |
| 2. LITIGATION | Unknown | 10,000.00 | OA | 10,000.00 | FA |
| DUPLICATE ASSET ENTRY - SEE ASSET #23<br>Possible claim against the law firm of Greenberg Traurig, arising out of<br>litigation known as Dynegy Energy & Trade v. Multiut Corporation, and<br>Multiut Corporation v. Dynegy Energy & Trade | | | | | |
| 3. CASH ON HAND | 5.00 | 0.00 | | 5.00 | FA |
| Petty Cash | | | | | |
| 4. BANK ACCOUNTS | 5.00 | 0.00 | | 5.00 | FA |
| Cole Taylor Bank a/c xxxx7673 | | | | | |
| 5. BANK ACCOUNTS | 2,495.54 | 0.00 | | 2,495.54 | FA |
| Albank a/c #xx8033 | | | | | |
| 6. BANK ACCOUNTS | 400.00 | 0.00 | | 400.00 | FA |
| Harris Bank a/c #xxxx0761 | | | | | |
| 7. BANK ACCOUNTS | 8,749.40 | 0.00 | | 8,749.40 | FA |
| Bank Financial a/c #xxxx5876 | | | | | |
| 8. BANK ACCOUNTS | 41.96 | 0.00 | | 41.96 | FA |
| Bank Financial a/c #xxxx5884 | | | | | |
| 9. BANK ACCOUNTS | 63.28 | 0.00 | | 63.28 | FA |
| Bank Financial a/c #xxxxx3188 | | | | | |
| 10. BANK ACCOUNTS | 254.28 | 0.00 | | 254.28 | FA |
| Bank Financial (DIP) #xxxxx0389 | | | | | |
| 11. BANK ACCOUNTS | 1,742.23 | 0.00 | | 1,742.23 | FA |
| Bank Financial (DIP) a/c #xxxxx0397 | | | | | |
| 12. STOCK, BUSINESS INT | 5,000.00 | 0.00 | OA | 5,875.54 | FA |
| 20% interest in Multiut, LLC | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

| Case No: | 09-17575 | TAB | Judge: TIMOTHY A. BARNES |
|---|---|---|---|
| Case Name: | MULTIUT CORPORATION | | |

Trustee Name: BARRY A. CHATZ
Date Filed (f) or Converted (c): 05/13/11 (c)
341(a) Meeting Date: 06/29/11
Claims Bar Date: 09/27/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. STOCK, BUSINESS INT | Unknown | 0.00 | OA | 0.00 | FA |
| 100% of Yehuda and Miriam Draiman's stock in U.S. Gas, Electric & Telecommunications, U.S. Gas & Energy, M. Draiman Corp., Multiut Electric Corp. (aka SGG Diamond Corp.), Mediterranean Motors Corp., American Investment D Corp. | | | | | |
| 14. STOCK, BUSINESS INT | Unknown | 0.00 | OA | 2,000.00 | FA |
| Yehuda and Miriam Draiman's right, title and interests to certain domain names | | | | | |
| 15. STOCK, BUSINESS INT | Unknown | 0.00 | OA | 1,000.00 | FA |
| aaatravelcorp.com; draimanindustries.com; medmotors.com; multiutility1.com; multiutelectric.com; usutilities.net; usgaspower.com; usgaselectric.com; autositecreator.net; federalenergy.net; and federaltelecom.com | | | | | |
| 16. PARTNERSHIP INT | 185,000.00 | 0.00 | OA | 0.00 | FA |
| A beneficial interest in real property held in trust located at 9824 S. Michigan Avenue, Chicago, IL | | | | | |
| 17. OTHER DEBTS OWING | 183,160.00 | 0.00 | OA | 0.00 | FA |
| Judgment against Yehuda and Miriam Draiman, 01 CH 9989, entered 1/17/03 | | | | | |
| 18. OTHER DEBTS OWING | 396,875.00 | 0.00 | OA | 0.00 | FA |
| Judgment against Yehuda Draiman, 01 CH 9989 on 1/17/03 | | | | | |
| 19. OTHER DEBTS OWING | 1,533,304.00 | 0.00 | OA | 0.00 | FA |
| Judgment against Yehuda and Miriam Draiman, 01 CH 9989 entered 8/26/03 | | | | | |
| 20. OTHER DEBTS OWING | 470,900.00 | 0.00 | OA | 0.00 | FA |
| Judgment against Yehuda Draiman (and later, by order of Judge Doyle, Miriam Draiman); 04-11665 entered 6/28/04 | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:  3

Exhibit A

| Case No: | 09-17575 | TAB | Judge: TIMOTHY A. BARNES |
|---|---|---|---|
| Case Name: | MULTIUT CORPORATION | | |

Trustee Name:  BARRY A. CHATZ
Date Filed (f) or Converted (c):  05/13/11 (c)
341(a) Meeting Date:  06/29/11
Claims Bar Date:  09/27/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21. OTHER DEBTS OWING | 490,900.00 | 0.00 | OA | 0.00 | FA |
| Judgment entered against Yehuda Draiman (and later, by order of Judge Doyle, Miriam Draiman), 04-11665 entered 7/13/04 | | | | | |
| 22. OTHER DEBTS OWING | 875,000.00 | 0.00 | OA | 0.00 | FA |
| Judgment entered against Miriam Draiman, 05 A 01783 entered 12/22/06 | | | | | |
| 23. CONTINGENT CLAIMS | 0.00 | 0.00 | OA | 0.00 | FA |
| DUPLICATE ASSET ENTRY - SEE ASSET #2 Possible claim against the law firm of Greenberg Traurig, arising out of litigation known as Dynegy Energy & Trade v. Multiut Corporation, and Multiut Corporation v. Dynegy Energy & Trade | | | | | |
| 24. CONTINGENT CLAIMS | 20,000,000.00 | 0.00 | | 50,000.00 | FA |
| Claim against Dynegy Energy & Trade in multi-district ligiation. | | | | | |
| 25. INTELLECTUAL PROPERTY | Unknown | 0.00 | | 3,000.00 | FA |
| Commonlaw trademark | | | | | |
| 26. FURNITURE/ FIXTURES | 15,000.00 | 0.00 | | 5,000.00 | FA |
| Various office furniture, computers, copiers, equipment 7514 N. Skokie Blvd., Skokie, IL 60077 | | | | | |
| 27. MACHINERY | 0.00 | 0.00 | | 2,000.00 | FA |
| Various office furniture, computers, copiers, equipment 7514 N. Skokie Blvd., Skokie, IL 60077 | | | | | |
| 28. OTHER PERSONAL PROP | 113,895.47 | 0.00 | OA | 0.00 | FA |
| Employee advances - Rogelio Sanchez $50.00; Mark Paku $2,085.47; and Phil Selman $111,760.00 | | | | | |
| 29. OTHER PERSONAL PROP | 18,927,811.05 | 0.00 | OA | 0.00 | FA |
| Due from Future Associates as of 12/31/09 7514 N. Skokie Blvd., Skokie, IL 60077 | | | | | |

**FORM**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    4

Exhibit A

| Case No: | 09-17575 | TAB | Judge: TIMOTHY A. BARNES | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- | --- |
| Case Name: | MULTIUT CORPORATION | | | Date Filed (f) or Converted (c): | 05/13/11 (c) |
| | | | | 341(a) Meeting Date: | 06/29/11 |
| | | | | Claims Bar Date: | 09/27/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 30. BANK ACCOUNTS | 102.31 | 1,742.23 | OA | 102.31 | FA |
| Bank Financial (DIP) a/c #xxxxx8611 | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | OA | 6.52 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $47,355,449.87 | $11,742.23 | $172,571.63 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL ASSETS LIQUIDATED; CLAIMS REVIEWED; FINAL TAXES FILED; PREPARE TFR

Initial Projected Date of Final Report (TFR): 12/31/12   Current Projected Date of Final Report (TFR): 12/31/14

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 09-17575 |
| Case Name: | MULTIUT CORPORATION |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7413  Money Market Account (Interest Earn |

| | |
|---|---|
| Taxpayer ID No: | *******3729 |
| For Period Ending: | 10/01/14 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/19/11 | * NOTE * | MULTIUT CORPORATION 7520 N. SKOKIE BOULEVARD SKOKIE, IL 60077 | BANK ACCOUNT * NOTE *  Properties 1, 3, 4, 5, 6, 7, 8, 9, 10, 11, 30 | 1129-000 | 17,557.86 | | 17,557.86 |
| 05/19/11 | 1 | MULTIUT CORPORATION SPECIAL ACCOUNT #2 7520 N. SKOKIE BOULEVARD SKOKIE, IL 60077 | ACCOUNT RECEIVABLE | 1121-000 | 4,418.82 | | 21,976.68 |
| 05/19/11 | 1 | MULTIUT CORPORATION 7520 N. SKOKIE BOULEVARD SKOKIE, IL 60077 | ACCOUNT RECEIVABLE | 1121-000 | 65,847.01 | | 87,823.69 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 87,823.88 |
| 06/06/11 | 1 | ROSENTHAL COLLINS GROUP, LLC 216 WEST JACKSON BOULEVARD CHICAGO, IL 60608 | ACCOUNT RECEIVABLE | 1121-000 | 160.64 | | 87,984.52 |
| 06/23/11 | 1 | PRISCILLA FRANKLIN 9824 S. MICHIGAN CHICAGO, IL 60628 | ACCOUNT RECEIVABLE | 1129-000 | 900.00 | | 88,884.52 |
| 06/23/11 | 1 | BETTY ROBERSON 9824 S. MICHIGAN AVENUE CHICAGO, IL 60628 | ACCOUNT RECEIVABLE | 1121-000 | 9.00 | | 88,893.52 |
| 06/23/11 | 1 | MULTIUT CORPORATION ACCOUNT #2 | ACCOUNT RECEIVABLE | 1121-000 | 870.00 | | 89,763.52 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.72 | | 89,764.24 |
| 07/11/11 | 1 | LBE, LTD. P.O. BOX 1852 PALATINE, IL 60078 | ACCOUNT RECEIVABLE | 1121-000 | 1,754.71 | | 91,518.95 |
| 07/11/11 | 1 | LBE, LTD. P.O. BOX 1852 PALATINE, IL 60078 | ACCOUNT RECEIVABLE | 1121-000 | 1,996.53 | | 93,515.48 |

| | | | Page Subtotals | | 93,515.48 | 0.00 | |

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 09-17575 | |
| Case Name: | MULTIUT CORPORATION | |
| | | |
| Taxpayer ID No: | *******3729 | |
| For Period Ending: | 10/01/14 | |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7413  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.78 | | 93,516.26 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.80 | | 93,517.06 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.77 | | 93,517.83 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.79 | | 93,518.62 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 119.14 | 93,399.48 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.77 | | 93,400.25 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 115.15 | 93,285.10 |
| 12/20/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.49 | | 93,285.59 |
| 12/20/11 | | Transfer to Acct #*******5128 | Final Posting Transfer | 9999-000 | | 93,285.59 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | | 93,519.88 | 93,519.88 | 0.00 |
| | Less:  Bank Transfers/CD's | | 0.00 | 93,285.59 | |
| | Subtotal | | 93,519.88 | 234.29 | |
| | Less:  Payments to Debtors | | | 0.00 | |
| | Net | | 93,519.88 | 234.29 | |

Page Subtotals          4.40          93,519.88

LFORM24

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

Ver: 18.01

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 09-17575 |
| Case Name: | MULTIUT CORPORATION |
| | |
| Taxpayer ID No: | *******3729 |
| For Period Ending: | 10/01/14 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7442  BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/06/11 | * NOTE * | FUTURE VENTURES ASSOCIATES LLC 7520 SKOKIE BOULEVARD SKOKIE, IL 60077-3342 | LIQUIDATION OF OTHER SCHEDULED ASSE * NOTE *  Properties 12, 14, 15, 25, 26, 27 | 1129-000 | 40,000.00 | | 40,000.00 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.23 | | 40,000.23 |
| 08/25/11 | 000301 | Richard M. Fogel, as Trustee for the Estate of Nachshon Draiman, Debtor | LIQUIDATION OF OTHER SCHEDULED ASSE Bankruptcy Estate of Nachshon Draiman's share of asset sales per agreement.  Total asset sales = $40,000: Fogel received $22,000 - Chatz received $18,000 | 8500-000 | | 22,000.00 | 18,000.23 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 18,000.57 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 18,000.75 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 18,000.90 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 22.93 | 17,977.97 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 17,978.12 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 22.16 | 17,955.96 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 17,956.11 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 22.14 | 17,933.97 |
| 01/03/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 17,933.98 |
| 01/03/12 | | Transfer to Acct #*******5128 | Final Posting Transfer | 9999-000 | | 17,933.98 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 40,001.21 | 40,001.21 |

FORM 2                                                                                      Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                          Exhibit B

| Case No: | 09-17575 | Trustee Name: | BARRY A. CHATZ |
| Case Name: | MULTIUT CORPORATION | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7442  BofA - Money Market Account |
| Taxpayer ID No: | *******3729 | | |
| For Period Ending: | 10/01/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 40,001.21 | 40,001.21 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 17,933.98 | |
| | | | Subtotal | | 40,001.21 | 22,067.23 | |
| | | | Less:  Payments to Debtors | | | 22,000.00 | |
| | | | Net | | 40,001.21 | 67.23 | |

Page Subtotals                    0.00              0.00

LFORM24   **UST Form 101-7-TFR (5/1/2011)** *(Page: 10)*                                   Ver: 18.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   5

Exhibit B

| Case No: | 09-17575 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | MULTIUT CORPORATION | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5128  BofA - Checking Account |
| Taxpayer ID No: | *******3729 | | | |
| For Period Ending: | 10/01/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/11 | | Transfer from Acct #*******7413 | Transfer In From MMA Account | 9999-000 | 93,285.59 | | 93,285.59 |
| 12/29/11 | 2 | Greenberg Traurig | LITIGATION SETTLEMENT | 1149-000 | 10,000.00 | | 103,285.59 |
| | | 8400 N.W. 36th Street | | | | | |
| | | SUite 400 | | | | | |
| | | Miami, FL 33166 | | | | | |
| 01/03/12 | | Transfer from Acct #*******7442 | Transfer In From MMA Account | 9999-000 | 17,933.98 | | 121,219.57 |
| 01/20/12 | | Transfer to Acct #*******4224 | Bank Funds Transfer | 9999-000 | | 121,219.57 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 121,219.57 | 121,219.57 | 0.00 |
| Less:  Bank Transfers/CD's | | 111,219.57 | 121,219.57 | |
| Subtotal | | 10,000.00 | 0.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 10,000.00 | 0.00 | |

Page Subtotals            121,219.57            121,219.57

LFORM24

Ver: 18.01

FORM 2

Page:   6

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-17575 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | MULTIUT CORPORATION | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******4224  Checking Account |
| Taxpayer ID No: | *******3729 | | | |
| For Period Ending: | 10/01/14 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/20/12 | | Transfer from Acct #*******5128 | Bank Funds Transfer | 9999-000 | 121,219.57 | | 121,219.57 |
| 02/06/12 | 003001 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BOND PREMIUM | 2300-000 | | 126.14 | 121,093.43 |
| | | 701 POYDRAS STREET | PRO RATA PORTION OF TRUSTEE'S BLANKET | | | | |
| | | SUITE 420 | BOND PREMIUM | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 03/13/12 | 003002 | Alan J. Mandel Ltd. | ADMINISTRATIVE EXPENSE CLAIM | 2990-000 | | 13,029.13 | 108,064.30 |
| 04/25/12 | 24 | DYNEGY, INC. (WIRE) | LITIGATION SETTLEMENT | 1149-000 | 50,000.00 | | 158,064.30 |
| 06/15/12 | 003003 | FREEBORN & PETERS LLP | ATTORNEY FOR TRUSTEE | | | 78,394.67 | 79,669.63 |
| | | 311 SOUTH WACKER DRIVE, SUITE 3000 | PURSUANT TO 6/13/12 COURT ORDER | | | | |
| | | CHICAGO, IL 60606-6677 | | | | | |
| | | | Fees            78,013.50 | 3210-000 | | | |
| | | | Expenses          381.17 | 3220-000 | | | |
| 09/04/12 | 1 | Richard M. Fogel, | ACCOUNT RECEIVABLE | 1121-000 | 175.00 | | 79,844.63 |
| | | Trustee of Estate of Nachshon Draiman | | | | | |
| | | 321 N. Clark Street | | | | | |
| | | Suite 800 | | | | | |
| | | Chicago, IL 60654 | | | | | |
| 11/14/12 | 003004 | INTERNAL REVENUE SERVICE | POST-PETITION TAXES | 5800-000 | | 390.00 | 79,454.63 |
| | | OGDEN, UT 84201-0039 | PENALTY FOR TAX PERIOD ENDING 12/31/11 | | | | |
| 02/19/13 | | Trsf To BANK OF NEW YORK  MELLON | FINAL TRANSFER | 9999-000 | | 79,454.63 | 0.00 |

Page Subtotals                    171,394.57              171,394.57

Page:    7

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-17575 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | MULTIUT CORPORATION | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******4224  Checking Account |
| Taxpayer ID No: | *******3729 | | | |
| For Period Ending: | 10/01/14 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 171,394.57 | 171,394.57 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 121,219.57 | 79,454.63 | |
| | | | Subtotal | | 50,175.00 | 91,939.94 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 50,175.00 | 91,939.94 | |

LFORM24

**UST Form 101-7-TFR (5/1/2011)** *(Page: 13)*

Ver: 18.01

FORM 2                                                                              Page:  8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-17575 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | MULTIUT CORPORATION | | Bank Name: | BANK OF NEW YORK  MELLON |
| | | | Account Number / CD #: | *******9074  Checking Account |
| Taxpayer ID No: | *******3729 | | | |
| For Period Ending: | 10/01/14 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/19/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 79,454.63 | | 79,454.63 |
| 02/21/13 | 300001 | International Sureties, Ltd. | CHAPTER 7 BOND PREMIUM | 2300-000 | | 67.32 | 79,387.31 |
| | | 701 Poydras Street, Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 38.09 | 79,349.22 |
| 04/05/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 117.96 | 79,231.26 |
| 05/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 113.99 | 79,117.27 |
| 06/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 117.62 | 78,999.65 |
| 07/08/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 113.66 | 78,885.99 |
| 08/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 117.29 | 78,768.70 |
| 09/09/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 117.11 | 78,651.59 |
| 10/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 113.17 | 78,538.42 |
| 11/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 116.76 | 78,421.66 |
| 11/13/13 | 12 | RICHARD M. FOGEL | ASSET SALES | 1123-000 | 875.54 | | 79,297.20 |
| | | 321 NORTH CLARK STREET | PAYMENT RECEIVED FROM BANKRUPTCY | | | | |
| | | SUITE 800 | ESTATE OF NACHSHON DRAIMAN FOR 20% OF | | | | |
| | | CHICAGO, IL 60654 | 2013 ROYALTY PAYMENT FROM FUTURE | | | | |
| | | | VENTURES ASSOCIATES FOR SALE OF | | | | |
| | | | MULTIUT LLC | | | | |
| 12/06/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 113.29 | 79,183.91 |
| 01/08/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 117.72 | 79,066.19 |
| 02/03/14 | 300002 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BOND PREMIUM | 2300-000 | | 65.10 | 79,001.09 |
| | | 701 POYDRAS STREET, SUITE 420 | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 02/07/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 117.56 | 78,883.53 |
| 03/07/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 105.96 | 78,777.57 |
| 04/07/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 117.12 | 78,660.45 |

| | | | | Page Subtotals | 80,330.17 | 1,669.72 | |

FORM 2    Page: 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit B

| Case No: | 09-17575 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | MULTIUT CORPORATION | | Bank Name: | BANK OF NEW YORK  MELLON |
| | | | Account Number / CD #: | *******9074  Checking Account |
| Taxpayer ID No: | *******3729 | | | |
| For Period Ending: | 10/01/14 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 80,330.17 | 1,669.72 | 78,660.45 |
| | | | Less:  Bank Transfers/CD's | | 79,454.63 | 0.00 | |
| | | | Subtotal | | 875.54 | 1,669.72 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 875.54 | 1,669.72 | |

| | | | | | | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | Money Market Account (Interest Earn - *******7413 | | 93,519.88 | 234.29 | 0.00 |
| | | | BofA - Money Market Account - *******7442 | | 40,001.21 | 67.23 | 0.00 |
| | | | BofA - Checking Account - ********5128 | | 10,000.00 | 0.00 | 0.00 |
| | | | Checking Account - ********4224 | | 50,175.00 | 91,939.94 | 0.00 |
| | | | Checking Account - ********9074 | | 875.54 | 1,669.72 | 78,660.45 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 194,571.63 | 93,911.18 | 78,660.45 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | EXHIBIT C | | | |
|---|---|---|---|---|---|---|
| Page 1 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: October 01, 2014 |

Case Number:   09-17575
Debtor Name:   MULTIUT CORPORATION

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 999<br>6990-00 | JOSEPH E. TIGHE - 2/3 FEES | Administrative | | $0.00 | $44,597.00 | $44,597.00 |
| 999<br>6990-00 | JOSEPH E. TIGHE - 2/3 EXPENSES | Administrative | | $0.00 | $1,133.00 | $1,133.00 |
| 000013A<br>001<br>3991-00 | PHILIP SELMAN<br><B>(ADMINISTRATIVE)</B><br>C/O LESTER A. OTTENHEIMER, III<br>OTTENHEIMER ROSENBLOOM,<br>LLC<br>750 W. LAKE COOK ROAD, SUITE<br>140<br>BUFFALO GROVE, ILLINOIS 60089 | Administrative | | $0.00 | $28,721.00 | $0.00 |
| 000014<br>001<br>3991-00 | PHILLIP SELMAN<br>C/O LESTER A. OTTENHEIMER, III<br>OTTENHEIMER ROSENBLOOM,<br>LLC<br>750 W. LAKE COOK ROAD STE 140<br>BUFFALO GROVE, IL 60089 | Administrative | | $0.00 | $28,721.00 | $0.00 |
| 000015A<br>001<br>2950-00 | OFFICE OF THE U.S. TRUSTEE<br><B>(ADMINISTRATIVE)</B><br>219 SOUTH DEARBORN ST.<br>ROOM 873<br>CHICAGO, IL 60604 | Administrative | | $0.00 | $975.00 | $975.00 |
| 000021A<br>999<br>6990-00 | PHILIP SELMAN<br>C/O LESTER A. OTTENHEIMER, III<br>OTTENHEIMER ROSENBLOOM,<br>LLC<br>750 W. LAKE COOK ROAD, SUITE<br>140<br>BUFFALO GROVE, ILLINOIS 60089 | Administrative | | $0.00 | $28,721.00 | $20,000.00 |
| 000022A<br>999<br>6990-00 | CRANE, HEYMAN, SIMON, WELCH<br>& CLAR<br><B>(ADMINISTRATIVE)</B><br>135 S. LASALLE, #3705<br>CHICAGO, IL 60603 | Administrative | | $0.00 | $84,787.80 | $84,787.80 |
| 000023A<br>999<br>6990-00 | ALAN J. MANDEL, LTD.<br>7520 N. SKOKIE BLVD.<br>SKOKIE, IL 60076 | Administrative | | $0.00 | $38,282.81 | $38,282.81 |
| 000023B<br>001<br>3210-60 | ALAN J. MANDEL, LTD.<br>7520 N. SKOKIE BLVD.<br>SKOKIE, IL 60076 | Administrative | | $0.00 | $11,575.25 | $11,575.25 |
| 000023C<br>001<br>3220-00 | ALAN J. MANDEL, LTD.<br>7520 N. SKOKIE BLVD.<br>SKOKIE, IL 60076 | Administrative | | $0.00 | $1,453.88 | $1,453.88 |

| | EXHIBIT C | | | | |
|---|---|---|---|---|---|
| Page 2 | ANALYSIS OF CLAIMS REGISTER | | | | Date: October 01, 2014 |

Case Number:    09-17575

Debtor Name:    MULTIUT CORPORATION

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000024A 999 6990-00 | HARTFORD FIRE INSURANCE COMPANY <B>(ADMINISTRATIVE)</B> HANK D HOFFMAN HARTFORD PLAZA HARTFORD, CT 06115 | Administrative | | $0.00 | $122.45 | $122.45 |
| 000025 001 2100-00 | BARRY A. CHATZ, TRUSTEE 120 SOUTH RIVERSIDE PLAZA SUITE 1200 CHICAGO, IL 60606 | Administrative | | $0.00 | $12,104.58 | $12,104.58 |
| 000027 001 3210-00 | FREEBORN & PETERS LLP 311 SOUTH WACKER DRIVE SUITE 3000 CHICAGO, IL 60606 | Administrative | | $0.00 | $88,198.92 | $88,198.92 |
| 000028 001 3410-00 | POPOWCER KATTEN, LTD. 35 EAST WACKER DRIVE SUITE 1550 CHICAGO, IL 60601-2124 | Administrative | | $0.00 | $6,586.50 | $6,586.50 |
| 00023D 999 6990-00 | ALAN J. MANDEL, LTD. 7520 N. SKOKIE BLVD. SKOKIE, IL 60076 | Administrative | | $0.00 | $631.29 | $631.29 |
| BOND 999 2300-00 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Administrative | | $0.00 | $132.42 | $132.42 |
| 000001A 040 5300-00 | PHIL SELMAN C/O LESTER A. OTTENHEIMER III OTTENHEIMER TEPLINSKY ROSENBLOOM, LLC 750 LAKE COOK ROAD, SUITE 140 BUFFALO GROVE, ILLINOIS 60089 | Priority | | $0.00 | $10,950.00 | $0.00 |
| 000003A 040 5800-00 | INTERNAL REVENUE SERVICE MAIL STOP 5010 CHI 230 S. DEARBORN STREET CHICAGO, IL 60604 | Priority | | $0.00 | $77,020.80 | $77,020.80 |
| 000005 040 5800-00 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION P.O. BOX 64338 CHICAGO, IL 60664-0338 | Priority | | $0.00 | $1,064.11 | $1,064.11 |
| 000017 040 5300-00 | RITA GRUNFELD SLUTSKY 9204 N MENARD AVE MORTON GROVE, IL 60053 | Priority | | $0.00 | $8,032.36 | $8,032.36 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 3

Date: October 01, 2014

Case Number:    09-17575
Debtor Name:    MULTIUT CORPORATION

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001B 070 7100-00 | PHIL SELMAN C/O LESTER A. OTTENHEIMER III OTTENHEIMER TEPLINSKY ROSENBLOOM, LLC 750 LAKE COOK ROAD, SUITE 140 BUFFALO GROVE, ILLINOIS 60089 | Unsecured | | $0.00 | $183,196.01 | $0.00 |
| 000002 070 7100-00 | COMED CO. 2100 SWIFT DRIVE ATTN.: BANKRUPTCY SECTION/REVENUE MGMT. OAKBROOK, IL 60523 | Unsecured | | $0.00 | $655.08 | $655.08 |
| 000003B 070 7100-00 | INTERNAL REVENUE SERVICE MAIL STOP 5010 CHI 230 S. DEARBORN STREET CHICAGO, IL 60604 | Unsecured | | $0.00 | $7,974.73 | $7,974.73 |
| 000004 070 7100-00 | NEAL, GERBER & EISENBERG LLP 2 N. LASALLE ST. CHICAGO, IL 60602 ATTN: THOMAS C. WOLFORD/LEE J. EULGEN | Unsecured | | $0.00 | $892.50 | $892.50 |
| 000006 070 7100-00 | HARTFORD FIRE INSURANCE COMPANY BANKRUPTCY UNIT, T-1-55 HARTFORT PLAZA HARTFORD, CT 6115 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000007 070 7100-00 | RICHARD C. BALOUGH ATTORNEY AT LAW 1 N. LASALLE ST., STE. 1910 CHICAGO, IL 60202-3927 | Unsecured | | $0.00 | $1,015.89 | $1,015.89 |
| 000008 070 7100-00 | JACK GORE C/O LARRY D. DRURY LARRY D. DRURY, LTD. 100 NORTH LASALLE STREET CHICAGO, IL 60602 | Unsecured | | $0.00 | $6,944,700.00 | $200,000.00 |
| 000009 070 7100-00 | CHICAGO/SKOKIE ND SB1, LLC C/O COLE TAYLOR BANK ATTN: JACQUELINE M. HELMRICK 330 N. WABASH, SUITE 1700 CHICAGO, ILLINOIS 60611 | Unsecured | | $0.00 | $191,350.38 | $191,350.38 |
| 000010 070 7100-00 | GREENBERG TRAURIG, LLP ATTENTION: MATTHEW T. GENSBURG, ESQ. 77 W. WACKER DR., SUITE 3100 CHICAGO, IL 60601 | Unsecured | | $0.00 | $1,073,189.30 | $1,073,189.30 |
| 000011 070 7100-00 | DYNEGY MARKETING & TRADE C/O EUGENE J. GEEKIE, JR. & BARRY HYMAN SCHIFF HARDIN LLP | Unsecured | | $0.00 | $22,750,716.54 | $22,750,716.54 |

| Page 4 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 01, 2014 |
|---|---|---|---|---|---|---|---|

Case Number:    09-17575
Debtor Name:    MULTIUT CORPORATION

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | 233 S. WACKER DR., SUITE 6600<br>CHICAGO, IL 60606 | | | | | |
| 000012<br>070<br>7100-00 | TRANS UNION/MONTHLY FEE<br>PO BOX 95506<br>CHICAGO, IL 60693-9506 | Unsecured | | $0.00 | $67.32 | $67.32 |
| 000016<br>070<br>7100-00 | TRANS UNION/MONTHLY FEE<br>PO BOX 95506<br>CHICAGO, IL 60693-9506 | Unsecured | | $0.00 | $67.32 | $67.32 |
| 000018<br>070<br>7100-00 | HARTFORD FIRE INSURANCE<br>COMPANY<br>BANKRUPTCY UNIT, T-1-55<br>HARTFORT PLAZA<br>HARTFORT, CT 6115 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000019<br>070<br>7100-00 | LARRY D. DRURY<br>LARRY D. DRURY, LTD.<br>100 N. LASALLE ST., STE. 1010<br>CHICAGO, IL 60602 | Unsecured | | $0.00 | $200,000.00 | $200,000.00 |
| 000020<br>070<br>7100-00 | SHEFSKY & FROELICH<br>111 E. WACKER DR., #2800<br>CHICAGO, IL 60601 | Unsecured | | $0.00 | $56,842.34 | $56,842.34 |
| 000029<br>999<br>8500-00 | RICHARD FOGEL | Unsecured | | $0.00 | $22,000.00 | $22,000.00 |
| | Case Totals: | | | $0.00 | $31,906,478.58 | $24,901,469.57 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-17575
Case Name: MULTIUT CORPORATION
Trustee Name: BARRY A. CHATZ

Balance on hand                                                    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ | $ | $ |
| Trustee Expenses: BARRY A. CHATZ | $ | $ | $ |
| Attorney for Trustee Fees: FREEBORN & PETERS LLP | $ | $ | $ |
| Attorney for Trustee Expenses: FREEBORN & PETERS LLP | $ | $ | $ |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD. | $ | $ | $ |
| Accountant for Trustee Expenses: POPOWCER KATTEN, LTD. | $ | $ | $ |
| Fees: OFFICE OF THE U.S. TRUSTEE <B>(ADMINISTR | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |
| Other: ALAN J. MANDEL, LTD. | $ | $ | $ |
| Other: ALAN J. MANDEL, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: ALAN J. MANDEL, LTD. | $ | $ | $ |
| Other: CRANE, HEYMAN, SIMON,WELCH & CLAR | $ | $ | $ |
| Other: HARTFORD FIRE INSURANCE COMPANY | $ | $ | $ |
| Other: JOSEPH E. TIGHE - 2/3 EXPENSES | $ | $ | $ |
| Other: JOSEPH E. TIGHE - 2/3 FEES | $ | $ | $ |
| Other: PHILIP SELMAN | $ | $ | $ |

Total to be paid for prior chapter administrative expenses    $_____

Remaining Balance    $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003A | INTERNAL REVENUE SERVICE | $ | $ | $ |
| 000005 | ILLINOIS DEPARTMENT OF REVENUE | $ | $ | $ |
| 000017 | RITA GRUNFELD SLUTSKY | $ | $ | $ |

Total to be paid to priority creditors    $_____

Remaining Balance    $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | COMED CO. | $ | $ | $ |
| 000003B | INTERNAL REVENUE SERVICE | $ | $ | $ |
| 000004 | NEAL, GERBER & EISENBERG LLP | $ | $ | $ |
| 000006 | HARTFORD FIRE INSURANCE COMPANY | $ | $ | $ |
| 000007 | RICHARD C. BALOUGH | $ | $ | $ |
| 000008 | JACK GORE | $ | $ | $ |
| 000009 | CHICAGO/SKOKIE ND SB1, LLC | $ | $ | $ |
| 000010 | GREENBERG TRAURIG, LLP | $ | $ | $ |
| 000011 | DYNEGY MARKETING & TRADE | $ | $ | $ |
| 000012 | TRANS UNION/MONTHLY FEE | $ | $ | $ |
| 000016 | TRANS UNION/MONTHLY FEE | $ | $ | $ |
| 000020 | SHEFSKY & FROELICH | $ | $ | $ |

Total to be paid to timely general unsecured creditors       $_____

Remaining Balance                                           $_____

Tardily filed claims of general (unsecured) creditors totaling $           have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be           percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $           have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be           percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE