## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 09-17575 |
| | ) | |
| MULTIUT CORPORATION, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |
| | ) | |

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## UNITED STATES BANKRUPTCY COURT CLERK

NOTICE is hereby given that:

Barry A. Chatz, chapter 7 trustee ("Trustee"), has unclaimed funds of <u>$31.78</u> remaining in the trustee's account which represents one or more checks drawn pursuant to the final distribution under section 726, 1226 or 1326 of title 11 in a case under chapter 7 of title 11.  The trustee has made a good faith effort to verify the correct mailing addresses for said entities.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been or will be deposited with the Clerk of the United States Bankruptcy Court, Northern District of Illinois, to effect closing of this estate.

Dated: February 26, 2015            /s/ Barry A. Chatz, Trustee
                                    Barry A. Chatz, Chapter 7 Trustee

### PROOF OF SERVICE

I, Barry A. Chatz, certify that on this date, I caused a copy of this Notice of Deposit of Funds with the United States Bankruptcy Court Clerk to be served through the Court's ECF System to all parties entitled to notice.

/s/ Barry A. Chatz, Trustee

Barry A. Chatz, Trustee
(ARDC #06196639)
120 S. Riverside Plaza, Suite 1200
Chicago, IL  60606
(312) 876-7100
(312) 876-0288 Fax

Attachment

| Claim # | Name/Address | Amount |
|---------|--------------|--------|
| 0000024A | Hartford Fire Insurance Company<br>Hartford Plaza<br>Hartford, CT 06115 | $31.78 |