# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
MULTIUT CORPORATION                       §        Case No. 09-17575
                                          §
            Debtor(s)                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $              (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter on                , and it was converted to chapter 7 on              . The case was pending for      months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/BARRY A. CHATZ _____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| RICHARD FOGEL |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF NEW YORK  MELLON | | | | | |
| OFFICE OF THE U.S. TRUSTEE | | | | | |
| FREEBORN & PETERS LLP | | | | | |
| ALAN J. MANDEL, LTD. | | | | | |
| ALAN J. MANDEL, LTD. | | | | | |
| FREEBORN & PETERS LLP | | | | | |
| POPOWCER KATTEN, LTD | | | | | |
| POPOWCER KATTEN, LTD | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALAN J. MANDEL, LTD. | | | | | |
| CRANE, HEYMAN, SIMON,WELCH & CLAR | | | | | |
| HARTFORD FIRE INSURANCE COMPANY | | | | | |
| JOSEPH E. TIGHE - 2/3 EXPENSES | | | | | |
| JOSEPH E. TIGHE - 2/3 FEES | | | | | |
| PHILIP SELMAN | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 17 | RITA GRUNFELD SLUTSKY | | | | | |
| 5 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| | INTERNAL REVENUE SERVICE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3A | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | CHICAGO/SKOKIE ND SB1, LLC | | | | | |
| 2 | COMED CO. | | | | | |
| 11 | DYNEGY MARKETING & TRADE | | | | | |
| 6 | HARTFORD FIRE INSURANCE COMPANY | | | | | |
| 3B | INTERNAL REVENUE SERVICE | | | | | |
| 8 | JACK GORE | | | | | |
| 10 | LLP GREENBERG TRAURIG | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | NEAL, GERBER & EISENBERG LLP | | | | | |
| 7 | RICHARD C. BALOUGH | | | | | |
| 20 | SHEFSKY & FROELICH | | | | | |
| 12 | TRANS UNION/MONTHLY FEE | | | | | |
| 16 | TRANS UNION/MONTHLY FEE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 09-17575 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | BARRY A. CHATZ |
| Case Name: | MULTIUT CORPORATION | | | | Date Filed (f) or Converted (c): | 05/13/2011 (c) |
| | | | | | 341(a) Meeting Date: | 06/29/2011 |
| For Period Ending: | 05/05/2015 | | | | Claims Bar Date: | 09/27/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. ACCOUNTS RECEIVABLE | 4,144,745.35 | 0.00 | | 79,830.57 | FA |
| 2. LITIGATION | Unknown | 10,000.00 | OA | 10,000.00 | FA |
| 3. CASH ON HAND | 5.00 | 0.00 | | 5.00 | FA |
| 4. BANK ACCOUNTS | 5.00 | 0.00 | | 5.00 | FA |
| 5. BANK ACCOUNTS | 2,495.54 | 0.00 | | 2,495.54 | FA |
| 6. BANK ACCOUNTS | 400.00 | 0.00 | | 400.00 | FA |
| 7. BANK ACCOUNTS | 8,749.40 | 0.00 | | 8,749.40 | FA |
| 8. BANK ACCOUNTS | 41.96 | 0.00 | | 41.96 | FA |
| 9. BANK ACCOUNTS | 63.28 | 0.00 | | 63.28 | FA |
| 10. BANK ACCOUNTS | 254.28 | 0.00 | | 254.28 | FA |
| 11. BANK ACCOUNTS | 1,742.23 | 0.00 | | 1,742.23 | FA |
| 12. STOCK, BUSINESS INT | 5,000.00 | 0.00 | OA | 5,875.54 | FA |
| 13. STOCK, BUSINESS INT | Unknown | 0.00 | OA | 0.00 | FA |
| 14. STOCK, BUSINESS INT | Unknown | 0.00 | OA | 2,000.00 | FA |
| 15. STOCK, BUSINESS INT | Unknown | 0.00 | OA | 1,000.00 | FA |
| 16. PARTNERSHIP INT | 185,000.00 | 0.00 | OA | 0.00 | FA |
| 17. OTHER DEBTS OWING | 183,160.00 | 0.00 | OA | 0.00 | FA |
| 18. OTHER DEBTS OWING | 396,875.00 | 0.00 | OA | 0.00 | FA |
| 19. OTHER DEBTS OWING | 1,533,304.00 | 0.00 | OA | 0.00 | FA |
| 20. OTHER DEBTS OWING | 470,900.00 | 0.00 | OA | 0.00 | FA |
| 21. OTHER DEBTS OWING | 490,900.00 | 0.00 | OA | 0.00 | FA |
| 22. OTHER DEBTS OWING | 875,000.00 | 0.00 | OA | 0.00 | FA |
| 23. CONTINGENT CLAIMS | 0.00 | 0.00 | OA | 0.00 | FA |
| 24. CONTINGENT CLAIMS | 20,000,000.00 | 0.00 | | 50,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 09-17575 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|

| Case Name: | MULTIUT CORPORATION | | | | Date Filed (f) or Converted (c): | 05/13/2011 (c) |
|---|---|---|---|---|---|---|

341(a) Meeting Date: 06/29/2011

For Period Ending: 05/05/2015 | Claims Bar Date: 09/27/2011

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25.  INTELLECTUAL PROPERTY | Unknown | 0.00 | | 3,000.00 | FA |
| 26.  FURNITURE/ FIXTURES | 15,000.00 | 0.00 | | 5,000.00 | FA |
| 27.  MACHINERY | 0.00 | 0.00 | | 2,000.00 | FA |
| 28.  OTHER PERSONAL PROP | 113,895.47 | 0.00 | OA | 0.00 | FA |
| 29.  OTHER PERSONAL PROP | 18,927,811.05 | 0.00 | OA | 0.00 | FA |
| 30.  BANK ACCOUNTS | 102.31 | 1,742.23 | OA | 102.31 | FA |
| INT.  Post-Petition Interest Deposits          (u) | Unknown | N/A | OA | 6.52 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $47,355,449.87 | $11,742.23 | | $172,571.63 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TDR submitted to U.S. Trustee for approval and filing 4/16/15

| RE PROP # | 2 | -- | DUPLICATE ASSET ENTRY - SEE ASSET #23 |
|---|---|---|---|

Possible claim against the law firm of Greenberg Traurig, arising out of litigation known as Dynegy Energy & Trade v. Multiut Corporation, and Multiut Corporation v. Dynegy Energy & Trade

| RE PROP # | 3 | -- | Petty Cash |
|---|---|---|---|
| RE PROP # | 4 | -- | Cole Taylor Bank a/c xxxx7673 |
| RE PROP # | 5 | -- | Albank a/c #xx8033 |
| RE PROP # | 6 | -- | Harris Bank a/c #xxxx0761 |
| RE PROP # | 7 | -- | Bank Financial a/c #xxxx5876 |
| RE PROP # | 8 | -- | Bank Financial a/c #xxxx5884 |
| RE PROP # | 9 | -- | Bank Financial a/c #xxxxx3188 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 8

| RE PROP # | 10 | -- | Bank Financial (DIP) #xxxxx0389 |
| RE PROP # | 11 | -- | Bank Financial (DIP) a/c #xxxxx0397 |
| RE PROP # | 12 | -- | 20% interest in Multiut, LLC |
| RE PROP # | 13 | -- | 100% of Yehuda and Miriam Draiman's stock in U.S. Gas, Electric & Telecommunications, U.S. Gas & Energy, M. Draiman Corp., Multiut Electric Corp. (aka SGG Diamond Corp.), Mediterranean Motors Corp., American Investment D Corp. |
| RE PROP # | 14 | -- | Yehuda and Miriam Draiman's right, title and interests to certain domain names |
| RE PROP # | 15 | -- | aaatravelcorp.com; draimanindustries.com; medmotors.com; multiutility1.com; multiutelectric.com; usutilities.net; usgaspower.com; usgaselectric.com; autositecreator.net; federalenergy.net; and federaltelecom.com |
| RE PROP # | 16 | -- | A beneficial interest in real property held in trust located at 9824 S. Michigan Avenue, Chicago, IL |
| RE PROP # | 17 | -- | Judgment against Yehuda and Miriam Draiman, 01 CH 9989, entered 1/17/03 |
| RE PROP # | 18 | -- | Judgment against Yehuda Draiman, 01 CH 9989 on 1/17/03 |
| RE PROP # | 19 | -- | Judgment against Yehuda and Miriam Draiman, 01 CH 9989 entered 8/26/03 |
| RE PROP # | 20 | -- | Judgment against Yehuda Draiman (and later, by order of Judge Doyle, Miriam Draiman); 04-11665 entered 6/28/04 |
| RE PROP # | 21 | -- | Judgment entered against Yehuda Draiman (and later, by order of Judge Doyle, Miriam Draiman), 04-11665 entered 7/13/04 |
| RE PROP # | 22 | -- | Judgment entered against Miriam Draiman, 05 A 01783 entered 12/22/06 |
| RE PROP # | 23 | -- | DUPLICATE ASSET ENTRY - SEE ASSET #2 Possible claim against the law firm of Greenberg Traurig, arising out of litigation known as Dynegy Energy & Trade v. Multiut Corporation, and Multiut Corporation v. Dynegy Energy & Trade |
| RE PROP # | 24 | -- | Claim against Dynegy Energy & Trade in multi-district ligiation. |
| RE PROP # | 25 | -- | Commonlaw trademark |
| RE PROP # | 26 | -- | Various office furniture, computers, copiers, equipment 7514 N. Skokie Blvd., Skokie, IL 60077 |
| RE PROP # | 27 | -- | Various office furniture, computers, copiers, equipment 7514 N. Skokie Blvd., Skokie, IL 60077 |
| RE PROP # | 28 | -- | Employee advances - Rogelio Sanchez $50.00; Mark Paku $2,085.47; and Phil Selman $111,760.00 |
| RE PROP # | 29 | -- | Due from Future Associates as of 12/31/09 7514 N. Skokie Blvd., Skokie, IL 60077 |
| RE PROP # | 30 | -- | Bank Financial (DIP) a/c #xxxxx8611 |

Initial Projected Date of Final Report (TFR): 12/31/2012          Current Projected Date of Final Report (TFR): 12/31/2014

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-17575                                                Trustee Name: BARRY A. CHATZ                **Exhibit 9**
Case Name: MULTIUT CORPORATION                              Bank Name: Bank of America
                                                            Account Number/CD#: XXXXXX7413
                                                            Money Market Account (Interest Earn
Taxpayer ID No: XX-XXX3729                            Blanket Bond (per case limit): $5,000,000.00
For Period Ending: 05/05/2015                        Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/19/11 | | MULTIUT CORPORATION 7520 N. SKOKIE BOULEVARDSKOKIE, IL  60077 | BANK ACCOUNT | | $17,557.86 | | $17,557.86 |
| | | | Gross Receipts              $17,557.86 | | | | |
| | 3 | | CASH ON HAND              $5.00 | 1129-000 | | | |
| | 30 | | BANK ACCOUNTS              $102.31 | 1129-000 | | | |
| | 4 | | BANK ACCOUNTS              $5.00 | 1129-000 | | | |
| | 10 | | BANK ACCOUNTS              $254.28 | 1129-000 | | | |
| | 11 | | BANK ACCOUNTS              $1,742.23 | 1129-000 | | | |
| | 5 | | BANK ACCOUNTS              $2,495.54 | 1129-000 | | | |
| | 8 | | BANK ACCOUNTS              $41.96 | 1129-000 | | | |
| | 6 | | BANK ACCOUNTS              $400.00 | 1129-000 | | | |
| | 7 | | BANK ACCOUNTS              $8,749.40 | 1129-000 | | | |
| | 1 | | ACCOUNTS RECEIVABLE              $3,698.86 | 1121-000 | | | |
| | 9 | | BANK ACCOUNTS              $63.28 | 1129-000 | | | |
| 05/19/11 | 1 | MULTIUT CORPORATION SPECIAL ACCOUNT #27520 N. SKOKIE BOULEVARDSKOKIE, IL  60077 | ACCOUNT RECEIVABLE | 1121-000 | $4,418.82 | | $21,976.68 |
| 05/19/11 | 1 | MULTIUT CORPORATION 7520 N. SKOKIE BOULEVARDSKOKIE, IL  60077 | ACCOUNT RECEIVABLE | 1121-000 | $65,847.01 | | $87,823.69 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.19 | | $87,823.88 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*                    Page Subtotals:              $87,823.88              $0.00

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 09-17575

Case Name: MULTIUT CORPORATION

Taxpayer ID No: XX-XXX3729

For Period Ending: 05/05/2015

Trustee Name: BARRY A. CHATZ

Bank Name: Bank of America

Account Number/CD#: XXXXXX7413

Money Market Account (Interest Earn

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/06/11 | 1 | ROSENTHAL COLLINS GROUP, LLC 216 WEST JACKSON BOULEVARDCHICAGO, IL 60608 | ACCOUNT RECEIVABLE | 1121-000 | $160.64 | | $87,984.52 |
| 06/23/11 | 1 | PRISCILLA FRANKLIN 9824 S. MICHIGANCHICAGO, IL 60628 | ACCOUNT RECEIVABLE | 1121-000 | $900.00 | | $88,884.52 |
| 06/23/11 | 1 | BETTY ROBERSON 9824 S. MICHIGAN AVENUECHICAGO, IL 60628 | ACCOUNT RECEIVABLE | 1121-000 | $9.00 | | $88,893.52 |
| 06/23/11 | 1 | MULTIUT CORPORATION ACCOUNT #2 | ACCOUNT RECEIVABLE | 1121-000 | $870.00 | | $89,763.52 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.72 | | $89,764.24 |
| 07/11/11 | 1 | LBE, LTD. P.O. BOX 1852PALATINE, IL 60078 | ACCOUNT RECEIVABLE | 1121-000 | $1,754.71 | | $91,518.95 |
| 07/11/11 | 1 | LBE, LTD. P.O. BOX 1852PALATINE, IL 60078 | ACCOUNT RECEIVABLE | 1121-000 | $1,996.53 | | $93,515.48 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.78 | | $93,516.26 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.80 | | $93,517.06 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.77 | | $93,517.83 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.79 | | $93,518.62 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $119.14 | $93,399.48 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.77 | | $93,400.25 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $115.15 | $93,285.10 |
| 12/20/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $0.49 | | $93,285.59 |
| 12/20/11 | | Transfer to Acct # XXXXXX5128 | Final Posting Transfer | 9999-000 | | $93,285.59 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Page Subtotals: $5,696.00   $93,519.88

Exhibit 9

| | | |
|---|---|---|
| COLUMN TOTALS | $93,519.88 | $93,519.88 |
| Less: Bank Transfers/CD's | $0.00 | $93,285.59 |
| Subtotal | $93,519.88 | $234.29 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $93,519.88 | $234.29 |

Page Subtotals:                    $0.00           $0.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 09-17575
Case Name: MULTIUT CORPORATION

Taxpayer ID No: XX-XXX3729
For Period Ending: 05/05/2015

Trustee Name: BARRY A. CHATZ
Bank Name: Bank of America
Account Number/CD#: XXXXXX7442
BofA - Money Market Account
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/06/11 | | FUTURE VENTURES ASSOCIATES LLC 7520 SKOKIE BOULEVARDSKOKIE, IL 60077-3342 | LIQUIDATION OF OTHER SCHEDULED ASSE | | $40,000.00 | | $40,000.00 |
| | | | Gross Receipts $40,000.00 | | | | |
| | | FUTURE VENTURES ASSOCIATES LLC | Unlinked Allocation $22,000.00 | 1280-000 | | | |
| | 26 | | FURNITURE/ FIXTURES $5,000.00 | 1129-000 | | | |
| | 27 | | MACHINERY $2,000.00 | 1129-000 | | | |
| | 25 | | INTELLECTUAL PROPERTY $3,000.00 | 1129-000 | | | |
| | 12 | | STOCK, BUSINESS INT $5,000.00 | 1129-000 | | | |
| | 14 | | STOCK, BUSINESS INT $2,000.00 | 1129-000 | | | |
| | 15 | | STOCK, BUSINESS INT $1,000.00 | 1129-000 | | | |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.23 | | $40,000.23 |
| 08/25/11 | 301 | RICHARD M. FOGEL, AS TRUSTEE FOR TH  Estate of Nachshon Draiman, Debtor | LIQUIDATION OF OTHER SCHEDULED ASSE Bankruptcy Estate of Nachshon Draiman's share of asset sales per agreement.  Total asset sales = $40,000:  Fogel received $22,000 - Chatz received $18,000 For the purchase of 100% of the membership interest in Multiut LLC, all furniture, fixtures, computers and other equipment used or useful in the operation of Mutiut Corporation, all furniture, fixtures, computers and other equipment used or useful in the | 8500-002 | | $22,000.00 | $18,000.23 |

Page Subtotals:  $40,000.23  $22,000.00

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

## FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 09-17575
Case Name: MULTIUT CORPORATION

Trustee Name: BARRY A. CHATZ
Bank Name: Bank of America
Account Number/CD#: XXXXXX7442

BofA - Money Market Account

Taxpayer ID No: XX-XXX3729
For Period Ending: 05/05/2015

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.34 | | $18,000.57 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.18 | | $18,000.75 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.15 | | $18,000.90 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $22.93 | $17,977.97 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.15 | | $17,978.12 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $22.16 | $17,955.96 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.15 | | $17,956.11 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $22.14 | $17,933.97 |
| 01/03/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $0.01 | | $17,933.98 |
| 01/03/12 | | Transfer to Acct # XXXXXX5128 | Final Posting Transfer | 9999-000 | | $17,933.98 | $0.00 |

|  |  | |
|---|---|---|
| COLUMN TOTALS | $40,001.21 | $40,001.21 |
| Less: Bank Transfers/CD's | $0.00 | $17,933.98 |
| Subtotal | $40,001.21 | $22,067.23 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $40,001.21 | $22,067.23 |

Page Subtotals:                    $0.98          $18,001.21

Case 09-17575   Doc 485   Filed 05/06/15   Entered 05/06/15 15:43:43   Desc Main
Document   Page 17 of 22

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-17575 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | MULTIUT CORPORATION | | Bank Name: | Bank of America |
| | | | Account Number/CD#: | XXXXXX5128 |
| | | | | BofA - Checking Account |
| Taxpayer ID No: | XX-XXX3729 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/05/2015 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/20/11 | | Transfer from Acct # XXXXXX7413 | Transfer In From MMA Account | 9999-000 | $93,285.59 | | $93,285.59 |
| 12/29/11 | 2 | GREENBERG TRAURIG 8400 N.W. 36th StreetSUite 400Miami, FL 33166 | LITIGATION SETTLEMENT | 1149-000 | $10,000.00 | | $103,285.59 |
| 01/03/12 | | Transfer from Acct # XXXXXX7442 | Transfer In From MMA Account | 9999-000 | $17,933.98 | | $121,219.57 |
| 01/20/12 | | Transfer to Acct # XXXXXX4224 | Bank Funds Transfer | 9999-000 | | $121,219.57 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $121,219.57 | $121,219.57 |
| Less: Bank Transfers/CD's | | $111,219.57 | $121,219.57 |
| Subtotal | | $10,000.00 | $0.00 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $10,000.00 | $0.00 |

| Page Subtotals: | | $121,219.57 | $121,219.57 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 09-17575 | Trustee Name: BARRY A. CHATZ |
| Case Name: MULTIUT CORPORATION | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX4224 |
| | Checking Account |
| Taxpayer ID No: XX-XXX3729 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/05/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/20/12 | | Transfer from Acct # XXXXXX5128 | Bank Funds Transfer | 9999-000 | $121,219.57 | | $121,219.57 |
| 02/06/12 | 3001 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREETSUITE 420NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM PRO RATA PORTION OF TRUSTEE'S BLANKET BOND PREMIUM | 2300-000 | | $126.14 | $121,093.43 |
| 03/13/12 | 3002 | ALAN J. MANDEL LTD. | ADMINISTRATIVE EXPENSE CLAIM | 2990-000 | | $13,029.13 | $108,064.30 |
| 04/25/12 | 24 | DYNEGY, INC. | LITIGATION SETTLEMENT | 1149-000 | $50,000.00 | | $158,064.30 |
| 06/15/12 | 3003 | FREEBORN & PETERS LLP 311 SOUTH WACKER DRIVE, SUITE 3000CHICAGO, IL 60606-6677 | ATTORNEY FOR TRUSTEE PURSUANT TO 6/13/12 COURT ORDER | | | $78,394.67 | $79,669.63 |
| | | FREEBORN & PETERS LLP | ATTORNEY FOR TRUSTEE ($78,013.50) | 3210-000 | | | |
| | | FREEBORN & PETERS LLP | ATTORNEY FOR TRUSTEE ($381.17) | 3220-000 | | | |
| 09/04/12 | 1 | RICHARD M. FOGEL, Trustee of Estate of Nachshon Draiman321 N. Clark StreetSuite 800Chicago, IL 60654 | ACCOUNT RECEIVABLE | 1121-000 | $175.00 | | $79,844.63 |
| 11/14/12 | 3004 | INTERNAL REVENUE SERVICE OGDEN, UT 84201-0039 | POST-PETITION TAXES PENALTY FOR TAX PERIOD ENDING 12/31/11 | 5800-000 | | $390.00 | $79,454.63 |
| 02/19/13 | | Trsf To BANK OF NEW YORK  MELLON | FINAL TRANSFER | 9999-000 | | $79,454.63 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $171,394.57 | $171,394.57 |
| Less: Bank Transfers/CD's | $121,219.57 | $79,454.63 |
| Subtotal | $50,175.00 | $91,939.94 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $50,175.00 | $91,939.94 |

| | | |
|---|---|---|
| Page Subtotals: | $171,394.57 | $171,394.57 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 09-17575 | |
| Case Name: MULTIUT CORPORATION | Trustee Name: BARRY A. CHATZ |
| | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX9074 |
| | Checking Account |
| Taxpayer ID No: XX-XXX3729 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/05/2015 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/19/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $79,454.63 | | $79,454.63 |
| 02/21/13 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Suite 420New Orleans, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | $67.32 | $79,387.31 |
| 03/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $38.09 | $79,349.22 |
| 04/05/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $117.96 | $79,231.26 |
| 05/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $113.99 | $79,117.27 |
| 06/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $117.62 | $78,999.65 |
| 07/08/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $113.66 | $78,885.99 |
| 08/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $117.29 | $78,768.70 |
| 09/09/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $117.11 | $78,651.59 |
| 10/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $113.17 | $78,538.42 |
| 11/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $116.76 | $78,421.66 |
| 11/13/13 | 12 | RICHARD M. FOGEL 321 NORTH CLARK STREETSUITE 800CHICAGO, IL 60654 | ASSET SALES PAYMENT RECEIVED FROM BANKRUPTCY ESTATE OF NACHSHON DRAIMAN FOR 20% OF 2013 ROYALTY PAYMENT FROM FUTURE VENTURES ASSOCIATES FOR SALE OF MULTIUT LLC | 1129-000 | $875.54 | | $79,297.20 |
| 12/06/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $113.29 | $79,183.91 |
| 01/08/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $117.72 | $79,066.19 |
| | | | Page Subtotals: | | $80,330.17 | $1,263.98 | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 09-17575

Case Name: MULTIUT CORPORATION

Taxpayer ID No: XX-XXX3729

For Period Ending: 05/05/2015

Trustee Name: BARRY A. CHATZ

Bank Name: The Bank of New York Mellon

Account Number/CD#: XXXXXX9074

Checking Account

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/03/14 | 300002 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | $65.10 | $79,001.09 |
| 02/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $117.56 | $78,883.53 |
| 03/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $105.96 | $78,777.57 |
| 04/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $117.12 | $78,660.45 |
| 11/05/14 | 300003 | OFFICE OF THE U.S. TRUSTEE <B>(ADMINISTRATIVE)</B>219 SOUTH DEARBORN ST.ROOM 873CHICAGO, IL 60604 | Claim 000015A, Payment 100.00% | 2950-000 | | $975.00 | $77,685.45 |
| 11/05/14 | 300004 | BARRY A. CHATZ, TRUSTEE 120 SOUTH RIVERSIDE PLAZASUITE 1200CHICAGO, IL 60606 | Claim 000025, Payment 100.00% | | | $12,104.58 | $65,580.87 |
| | | TRUSTEE BARRY A. CHATZ | Claim 000025, Payment        ($11,878.58) 100.00% | 2100-000 | | | |
| | | TRUSTEE BARRY A. CHATZ | Claim 000025, Payment        ($226.00) 100.00% | 2200-000 | | | |
| 11/05/14 | 300005 | FREEBORN & PETERS LLP 311 SOUTH WACKER DRIVESUITE 3000CHICAGO, IL 60606 | Claim 000027, Payment 11.12% | | | $9,804.25 | $55,776.62 |
| | | FREEBORN & PETERS LLP | Claim 000027, Payment        ($9,151.50) 11.12% | 3210-000 | | | |
| | | FREEBORN & PETERS LLP | Claim 000027, Payment        ($652.75) 11.12% | 3220-000 | | | |
| 11/05/14 | 300006 | POPOWCER KATTEN, LTD 35 EAST WACKER DRIVESUITE 1550CHICAGO, IL 60601-2124 | Claim 000028, Payment 100.00% | | | $6,586.50 | $49,190.12 |
| | | POPOWCER KATTEN, LTD | Claim 000028, Payment        ($6,575.50) 100.00% | 3410-000 | | | |
| | | POPOWCER KATTEN, LTD | Claim 000028, Payment        ($11.00) 100.00% | 3420-000 | | | |
| 11/05/14 | 300007 | JOSEPH E. TIGHE - 2/3 FEES | Other Prior Chapter Administrative | 6990-000 | | $11,573.10 | $37,617.02 |

Page Subtotals:                                     $0.00          $41,449.17

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 09-17575 | Trustee Name: BARRY A. CHATZ |
| Case Name: MULTIUT CORPORATION | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX9074 |
| | Checking Account |
| Taxpayer ID No: XX-XXX3729 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/05/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/05/14 | 300008 | JOSEPH E. TIGHE - 2/3 EXPENSES | Other Prior Chapter Administrative | 6990-000 | | $294.02 | $37,323.00 |
| 11/05/14 | 300009 | PHILIP SELMAN C/O LESTER A. OTTENHEIMER, IIIOTTENHEIMER ROSENBLOOM, LLC750 W. LAKE COOK ROAD, SUITE 140BUFFALO GROVE, ILLINOIS 60089 | Claim 000021A, Payment 25.95% | 6990-000 | | $5,190.08 | $32,132.92 |
| 11/05/14 | 300010 | CRANE, HEYMAN, SIMON,WELCH & CLAR <B>(ADMINISTRATIVE)</B>135 S. LASALLE, #3705CHICAGO, IL 60603 | Claim 000022A, Payment 25.95% (22-1) CHAPTER 11 ADMINISTRATIVE   CLAIM | 6990-000 | | $22,002.78 | $10,130.14 |
| 11/05/14 | 300011 | ALAN J. MANDEL, LTD. 7520 N. SKOKIE BLVD.SKOKIE, IL 60076 | Claim 000023A, Payment 25.95% (23-1) CHAPTER 11 ADMINISTRATIVE   CLAIM | 6990-000 | | $9,934.54 | $195.60 |
| 11/05/14 | 300012 | HARTFORD FIRE INSURANCE COMPANY <B>(ADMINISTRATIVE)</B>HANK D HOFFMANHARTFORD PLAZAHARTFORD, CT 06115 | Claim 000024A, Payment 25.95% | 6990-000 | | $31.78 | $163.82 |
| 11/05/14 | 300013 | ALAN J. MANDEL, LTD. 7520 N. SKOKIE BLVD.SKOKIE, IL 60076 | Claim 00023D, Payment 25.95% | 6990-000 | | $163.82 | $0.00 |
| 12/29/14 | 300012 | Reverses Check # 300012 | Claim 000024A, Payment 25.95% CHECK RETURNED IN MAIL - UNDELIVERABLE AS ADDRESSED | 6990-000 | | ($31.78) | $31.78 |
| 12/29/14 | 300014 | United States Bankruptcy Court | Claim 000024A, Payment 25.95% | 6990-000 | | $31.78 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $80,330.17 | $80,330.17 |
| Less: Bank Transfers/CD's | $79,454.63 | $0.00 |
| Subtotal | $875.54 | $80,330.17 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $875.54 | $80,330.17 |

UST Form 101-7-TDR (10/1/2010) *(Page: 21)*

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $37,617.02 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4224 - Checking Account | $50,175.00 | $91,939.94 | $0.00 |
| XXXXXX5128 - BofA - Checking Account | $10,000.00 | $0.00 | $0.00 |
| XXXXXX7413 - Money Market Account (Interest Earn | $93,519.88 | $234.29 | $0.00 |
| XXXXXX7442 - BofA - Money Market Account | $40,001.21 | $22,067.23 | $0.00 |
| XXXXXX9074 - Checking Account | $875.54 | $80,330.17 | $0.00 |
| | $194,571.63 | $194,571.63 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Total Allocation Receipts: | $0.00 | |
| Total Net Deposits: | $194,571.63 | |
| Total Gross Receipts: | $194,571.63 | |

Page Subtotals:                                                      $0.00                    $0.00